**Fill in this information to identify the case:**

Debtor name  Otoharmonics Corporation

United States Bankruptcy Court for the: _____ District of DE _____
                                                         (State)

Case number (If known): _____

☐ Check if this is an
  amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..............................................................    $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .............................................................    $17,050,637.86

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................    $17,050,637.86

---

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................    $801,324.64

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................    $3,600.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................    **+** $ 10,759,997.66

4. **Total liabilities** ............................................................................................................    $11,564,922.30
   Lines 2 + 3a + 3b

---

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name _Otoharmonics Corporation_

United States Bankruptcy Court for the: _____ District of _DE_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                      $ _____0.00_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Columbia Bank | Checking | 8415 | $ ____0.00____ |
| 3.2. _____ | _____ | _____ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $ _____0.00_____
   4.2. _____    $ _____0.00_____

5. **Total of Part 1**                                                                   $ _____0.00_____
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. KBSGI security deposit for lease on 411 SW 6th Ave, Portland OR 97204       $ ____57,813.00____
   7.2. Industrious security deposit for lease on 811 SW 6th Ave, Suite 1000, Portland, OR 97204   $ ____7869.38____

American LegalNet, Inc.

| Debtor | Otoharmonics Corporation | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. See Attachment B-8 _____ $ ____3,077.41____

8.2. _____ $ _____

**9.** **Total of Part 2.**                                                                                          $ ____69,237.32____

Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:** **Accounts receivable**

**10.** **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

11a. 90 days old or less: ____32,635.00____ – ____1,910.00____ =....... ➔ $ ____30,725.00____
                                      face amount                         doubtful or uncollectible accounts

11b. Over 90 days old: ____13,870.00____ – ____13,570.00____ =....... ➔ $ ____300.00____
                                      face amount                         doubtful or uncollectible accounts

**12.** **Total of Part 3**                                                                                       $ ____31,025.00____

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:** **Investments**

**13.** **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $ _____

14.2. _____ _____ $ _____

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

15.1. _____ _____% _____ $ _____

15.2. _____ _____% _____ $ _____

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____ _____ $ _____

16.2. _____ _____ $ _____

**17.** **Total of Part 4**                                                                                       $ _____

Add lines 14 through 16. Copy the total to line 83.

---

American LegalNet, Inc.

Debtor  Otoharmonics Corporation
_____
         Name

Case number (if known) _____

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> iPods and iPads | 03/31/2020 <br> MM / DD / YYYY | $ 2,418.00 | Cost | $ 2,418 |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** <br> Attachment B-22 | 04/30/2020 <br> MM / DD / YYYY | $ 43,153 | See Attachment B-22 | $ Unknown |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 2,418

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

American LegalNet, Inc.

_____    $ _____    _____    $ _____

American LegalNet, Inc.

Debtor    Otoharmonics Corporation
_____
Name

Case number (*if known*)  _____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| See Attachment B-39 | $ 4,210.00 | Cash Value | $ 2,675.00 |
| 40. **Office fixtures** | | | |
| N/A | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attachment B-41 | $ 10,771.00 | See Attachment B-41 | $ 17,332.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 20,007.00

American LegalNet, Inc.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

American LegalNet, Inc.

Debtor    Otoharmonics Corporation
_____
          Name

Case number (*if known*) _____

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

**49.** **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attachment B-50 | $ 153.00 | See Attachment B-50 | $ Unknown |

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ Unknown

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

American LegalNet, Inc.

Debtor  Otoharmonics Corporation
_____
Name

Case number (if known) _____

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  811 SW 6th Ave, Ste 1000 Portland OR 97204 | Lease | $    0.00 | N/A | $    0.00 |
| 55.2  411 SW 6th Ave, Portland, OR 97204 | Lease | $    0.00 | N/A | $    0.00 |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$    0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>See Attachment B-60 | $    0.00 | N/A | $    0.00 |
| 61. **Internet domain names and websites**<br>www.otoharmonics.com both website and domain | $  32,574.00 | N/A | $    Unknown |
| 62. **Licenses, franchises, and royalties**<br>See Attachment B-62 | $ | | $    Unknown |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $    0.00 | N/A | $    Unknown |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

$    Unknown

American LegalNet, Inc.

Add lines 60 through 65. Copy the total to line 89.

**Schedule A/B: Assets — Real and Personal Property**



| Debtor | Otoharmonics Corporation | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☒ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☒ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

_____   —   _____   = ➔   $ _____

Total face amount        doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Unused NOL | Tax year | 2019 | $ 16,609,168.00 |
|---|---|---|---|
| CA 2019 Tax Return Refund | Tax year | 2019 | $ 800.00 |
| | Tax year | _____ | $ _____ |

**73. Interests in insurance policies or annuities**

_____   $ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $ _____

Nature of claim   _____

Amount requested   $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $ _____

Nature of claim   _____

Amount requested   $ _____

**76. Trusts, equitable or future interests in property**

_____   $ _____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

See Attachment B-77   $ 317,982.54

_____   $ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 16,927,950.54

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

American LegalNet, Inc.

Debtor    Otoharmonics Corporation
_____
              Name

Case number (*if known*) _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 69,237.32 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 31,025.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 2,418.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 20,007.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ Unknown | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 16,927,950.54 | |
| 91. **Total.** Add lines 80 through 90 for each column..............................91a. | $ 17,050,637.86 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................... $ 17,050,637.86

American LegalNet, Inc.

**ATTACHMENT B-8**

| General Description | Net book value of debtor's interest | Valuation Method used for current value | Current value of debtor's interest |
|---|---:|---|---:|
| Dell warranty on server | 1,087.50 | Book value | 1,087.50 |
| Willis, Towers, Watson Director's and Officers Insurance | 1,235 | Book value | 1,235 |
| Central Self Storage good through 6/30/2020 | | | 494 |
| Phone.com telephone services good through 12/9/2020 | 145.46 | Book value | 145.46 |
| Health Canada – prepayment of fees | 115.45 | Book value | 115.45 |
| | | | |
| **TOTAL** | **$2,583.41** | | **$3,077.41** |

**ATTACHMENT B-22**

| General Description | Net book value of debtor's interest | Valuation Method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Earbuds | 23,370 | | Unknown |
| Packaging | 14,744 | | Unknown |
| Earbud Cases | 5,039 | | Unknown |
| Marketing Materials | Unknown | | Unknown |
| | | | |
| **Total** | **$        43,153** | | **Unknown** |

**ATTACHMENT B-39**

| General Description | Net book value of debtor's interest | Valuation Method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Large Mechanical Desk | 613 | Liquidation Value | 750 |
| 1 Herman Miller Round Table | | Liquidation Value | 300 |
| 8 Stackable Herman Miller Chairs | 3,597 | Liquidation Value | 200 |
| 6 Herman Miller Medium to Large Chairs | | Liquidation Value | 1200 |
| 2 Ikea Bookcases | | Liquidation Value | 225 |
| | | | |
| **Total** | **$4,210** | | **$2,675** |

ATTACHMENT B041

| General Description | Net book value of debtor's interest | Valuation Method used for current value | Current value of debtor's interest |
|---|---|---|---|
| iMac 27" (late 20??)) | $ 0 | Liquidation Value | $ 400 |
| Apple 27" Thunderbolt Monitor | $ 25 | Liquidation Value | $ 200 |
| MacBook Pro-Retina, 13in, Early 2015 | $ 25 | Liquidation Value | $ 500 |
| Apple 27" Thunderbolt Monitor | $ 20 | Liquidation Value | $ 200 |
| Apple 27" Thunderbolt Monitor | $ 0 | Liquidation Value | $ 200 |
| iMac 21.5" Late 2012 8 GB | $ 0 | Liquidation Value | $ 200 |
| Apple 27" Thunderbolt Monitor | $ 45 | Liquidation Value | $ 200 |
| iMac 21.5" (Late 2012) | $ 0 | Liquidation Value | $ 300 |
| MacBook Pro-Retina, 13in, Early 2015 | $ 294 | Liquidation Value | $ 500 |
| MacBook Pro-Retina, 13in, Early 2015 | $ 260 | Liquidation Value | $ 500 |
| MacBook Pro-Retina, 13in, Early 2015 | $ 0 | Liquidation Value | $ 500 |
| MacBook Pro - 2017 13" | $ 1,002 | Liquidation Value | $ 800 |
| iMac 27" late 2013 32gb | $ 0 | Liquidation Value | $ 1,149 |
| iPhone X • (972) 95504322 | $ 840 | Liquidation Value | $ 300 |
| MacBook Pro (130inch, 2013) | $ 28 | Liquidation Value | $ 400 |
| Mac Mini (2019) | $ 743 | Liquidation Value | $ 900 |
| Mac Mini (2018) | $ 805 | Liquidation Value | $ 900 |
| Apple 27" Thunderbolt Monitor | $ 73 | Liquidation Value | $ 200 |
| iMac 27" (Late 2014)) | $ 241 | Liquidation Value | $ 600 |
| iMac 27" (late 2015) 32 gb | $ 501 | Liquidation Value | $ 1,700 |
| Apple 27" Thunderbolt Monitor | $ 134 | Liquidation Value | $ 200 |

ATTACHMENT B041

| | | | | |
|---|---|---|---|---|
| iMac 21.5" (January 2018) | $ | 1,059 | Liquidation Value | $ | 550 |
| Apple 27" Thunderbolt Monitor | $ | 95 | Liquidation Value | $ | 200 |
| Mac Mini (2018) | $ | 743 | Liquidation Value | $ | 900 |
| Dell Laptop XPS013.9370 / Dell Monitor Sept '17/SVSTag:HWT6992 / Dell Monitor Sept '17/SVSTag:4KS6992 | $ | 1,151 | Liquidation Value | $ | 620 |
| iPhone 6 | $ | 1,018 | Liquidation Value | $ | 80 |
| Mac Mini | $ | 1,394 | Liquidation Value | $ | 900 |
| iPhone 6 | $ | 131 | Liquidation Value | $ | 80 |
| Dell Server | $ | 144 | N/A | $ | 0 |
| iPad - Levo Mgr. | $ | 0 | N/A | $ | 0 |
| iPad - Levo Mgr. | $ | 0 | N/A | $ | 0 |
| IPHONE 6 | $ | 0 | Liquidation Value | $ | 80 |
| MacBook Pro 13" | $ | 0 | Liquidation Value | $ | 500 |
| iPhone 6 | $ | 0 | Liquidation Value | $ | 80 |
| iPhone 6 | $ | 0 | Liquidation Value | $ | 80 |
| iPad - Levo Mgr. | $ | 0 | N/A | $ | 0 |
| iPad - Levo Mgr. | $ | 0 | N/A | $ | 0 |
| Dell LCD | $ | 0 | N/A | $ | 50 |
| iPad - Levo Mgr. | $ | 0 | N/A | $ | 0 |
| iPad - Levo Mgr. | $ | 0 | N/A | $ | 0 |
| iPad - Levo Patient | $ | 0 | N/A | $ | 0 |
| iPad - Levo Patient | $ | 0 | N/A | $ | 0 |
| iPad - Levo Patient | $ | 0 | N/A | $ | 0 |
| iPad - Levo Patient | $ | 0 | N/A | $ | 0 |
| iPad - Levo Patient | $ | 0 | N/A | $ | 0 |
| iPad - Levo Patient | $ | 0 | N/A | $ | 0 |
| iPad - Levo Mgr. | $ | 0 | N/A | $ | 0 |
| Dell Inspiron P96G | $ | 0 | N/A | $ | 50 |
| iPad - Levo Patient | $ | 0 | N/A | $ | 0 |
| Dell U2415 Monitor Jan 2019 | $ | 0 | N/A | $ | 0 |
| Dell U2415 Monitor | $ | 0 | N/A | $ | 0 |
| iPad - Levo Patient | $ | 0 | N/A | $ | 0 |
| Dell U2415 Monitor Nov 2018 | $ | 0 | N/A | $ | 0 |

**ATTACHMENT B041**

| | | | | |
|---|---|---|---|---|
| Samsung 50" Monitor | $ | 0 | N/A | $ | 0 |
| iPad - Levo Patient | $ | 0 | N/A | $ | 0 |
| Mac Book Air | $ | 0 | Liquidation Value | $ | 700 |
| iPad - Levo Patient | $ | 0 | N/A | $ | 0 |
| Dell Inspiron 15'6" Laptop | $ | 0 | Liquidation Value | $ | 400 |
| 2018 iPad | $ | 0 | N/A | $ | 0 |
| MacBook Pro 13" | $ | 0 | Liquidation Value | $ | 500 |
| MacBook Pro 15" | $ | 0 | Liquidation Value | $ | 500 |
| iPad marked unusable | $ | 0 | N/A | $ | 0 |
| iPad marked unusable | $ | 0 | N/A | $ | 0 |
| iPad marked unusable | $ | 0 | N/A | $ | 0 |
| iPad marked unusable | $ | 0 | N/A | $ | 0 |
| iPad marked with no tag | $ | 0 | N/A | $ | 0 |
| Behringer 240 Bit Multi-FX Processor | $ | 0 | N/A | $ | 0 |
| Heil PR 40 Microphone | $ | 0 | N/A | $ | 0 |
| Shock Mount for HEIL PR 40 Microphone | $ | 0 | N/A | $ | 0 |
| Heil Sound PL2T Overhead Studio Boom Stand | $ | 0 | N/A | $ | 0 |
| Laminator Model A1549 | $ | 0 | Liquidation Value | $ | 100 |
| 4 TB HD used for Accounting/SharePoint backup | $ | 0 | Liquidation Value | $ | 113 |
| 25 iPods (returns) | $ | 0 | N/A | $ | 0 |
| iPad - Levo Mgr. | $ | 0 | N/A | $ | 0 |
| 7 returned patient devices (iPods)from prior few months | $ | 0 | N/A | $ | 0 |
| 10 Boxes of Office Supplies | $ | 0 | N/A | $ | 0 |
| 4 Boxes of white binders | $ | 0 | N/A | $ | 0 |
| 1 box framed Otoharmonics materials | $ | 0 | N/A | $ | 0 |
| | | | | | |
| **TOTAL** | **$ 10,771** | | | **$ 17,332** |

**ATTACHMENT B-50**

| General Description | Net book value of debtor's interest | Valuation Method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Ear simulator and audio meter, for testing, troubleshooting, etc. | $153 | | Unknown |
| B&K 2250 Meter | $0.00 | | Unknown |
| B&K 4231 CalSet | $0.00 | | Unknown |
| GRAS 43AG EarSim | $0.00 | | Unknown |
| | | | |
| **Total** | **$153** | | **Unknown** |

ATTACHMENT B-60

| General Description | Net book value of debtor's interest | Valuation Method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Systems and Methods for a Tinnitus Therapy<br>Patent# 9282917<br>Issue Date 3/16/2016<br>Juris US<br>Expiration Date 6/28/2034<br>Maintenance Fee due 9/16/2020<br>Estimated maintenance fee $1,300 | | | Unknown |
| Systems and Methods for a Tinnitus Therapy<br>Patent# 2014302193<br>Issue Date 5/9/19<br>Juris AU<br>Expiration Date 6/27/2034<br>Maintenance Fee due 6/27/2020<br>Estimated maintenance fee $770 | | | Unknown |
| Systems and Methods for a Tinnitus Therapy<br>Application#2916944<br>Application Date 12/26/2015<br>Publication#<br>Juris CA<br>Annuity Fee Deadline 6/27/2020<br>Estimated Annuity fee $675<br>Pending; awaiting office action | | | Unknown |
| Systems and Methods for a Tinnitus Therapy<br>Patent# ZL201480046958.2<br>Publication# CN105473108<br>Issue Date 7/19/17<br>Juris CN<br>Expiration Date 6/27/2034<br>Maintenance Fee due 6/27/2020<br>Estimated maintenance fee $695 | | | Unknown |
| Systems and Methods for a Tinnitus Therapy<br>Application#14817797.5<br>Application Date 1/18/2016<br>Publication# 3013291<br>Filing Date 5/4/16<br>Juris EP<br>Annuity Fee Deadline 6/30/2020<br>Estimated Annuity fee $1,770 | | | |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| Pending; awaiting another office action or Notice of Allowance | | | Unknown |
| Systems and Methods for a Tinnitus Therapy<br>Application#161125581<br>Application Date 11/11/2016<br>Publication# 1224167<br>Filing Date 8/18/2017<br>Juris HK<br>Pending; awaiting grant of European patent to request registration and grant | | | Unknown |
| Systems and Methods for a Tinnitus Therapy<br>Application# 201647002673<br>Application Date 1/25/2016<br>Publication#<br>Juris IN<br>Pending; awaiting another office action or Notice of Allowance | | | Unknown |
| Systems and Methods for a Tinnitus Therapy<br>Application# 1020167002003<br>Application Date 1/22/2016<br>Publication#<br>Juris KR<br>Pending; awaiting another office action or Notice of Allowance | | | Unknown |
| Systems and Methods for a Tinnitus Therapy<br>Application# MX/a/2016/000180<br>Application Date 1/7/2016<br>Publication#<br>Juris MX<br>Pending; Office Action | | | Unknown |
| Systems and Methods for Tracking and Presenting Tinnitus Therapy Data<br>Publication# US-2015-0003635-A1<br>Patent# 9301714<br>Issue Date 4/5/16<br>Juris US<br>Expiration Date 8/27/2034<br>Maintenance Fee due 10/7/2020<br>Estimated maintenance fee Unknown | | | Unknown |
| Systems and Methods for Tracking and Presenting Tinnitus Therapy Data<br>Publication# US-2016-0183019-A1 | | | |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| Patent# 9992590<br>Issue Date 6/5/18<br>Juris US<br>Expiration Date 4/3/2025<br>Maintenance Fee due 12/5/2021<br>Estimated maintenance fee $1,300 | | | Unknown |
| Systems and Methods for Tracking and<br>Presenting Tinnitus Therapy Data<br>Publication# US-2018-0255410-A1<br>Patent# 10187736<br>Issue Date 1/22/19<br>Juris US<br>Expiration Date 6/27/34<br>Maintenance Fee due 7/22/2022<br>Estimated maintenance fee Unknown | | | Unknown |
| Systems and Methods for Tracking and<br>Presenting Tinnitus Therapy Data<br>Patent# 2014302199<br>Issue Date 5/9/19<br>Juris AU<br>Expiration Date 6/27/34<br>Renewal Fee due 6/27/2020<br>Estimated renewal cost $770 | | | Unknown |
| Systems and Methods for Tracking and<br>Presenting Tinnitus Therapy Data<br>Application# 2916945<br>Application Date 12/23/2015<br>Publication#<br>Juris CA<br>Pending; awaiting Office Action | | | Unknown |
| Systems and Methods for Tracking and<br>Presenting Tinnitus Therapy Data<br>Patent# ZL201480046957.8<br>Issue Date 9/14/18<br>Juris CN<br>Expiration Date 6/27/2034<br>Renewal Fee due 6/27/2020<br>Estimated renewal cost $695 | | | Unknown |
| Systems and Methods for Tracking and<br>Presenting Tinnitus Therapy Data<br>Application# 14818503.6<br>Application Date 1/20/2016<br>Publication# 3013292<br>Filing Date 5/4/2016<br>Juris EP<br>Annuity Fee Deadline 6/30/2020<br>Estimated Annuity fee $1,770 | | | |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| Pending; awaiting Office Action or Notice of Allowance | | | Unknown |
| Systems and Methods for Tracking and Presenting Tinnitus Therapy Data<br>Application# 161125625<br>Application Date 11/1/2016<br>Publication# 1224168<br>Filing Date 8/18/2017<br>Juris HK<br>Pending; awaiting grant of European patent to request registration and grant | | | Unknown |
| Systems and Methods for Tracking and Presenting Tinnitus Therapy Data<br>Application# 201647002671<br>Application Date 1/25/2016<br>Publication# 201647002671A<br>Filing Date 8/31/2016<br>Juris IN<br>Pending; awaiting Office Action or Notice of Allowance. | | | Unknown |
| Systems and Methods for Tracking and Presenting Tinnitus Therapy Data<br>Application# 1020167001995<br>Application Date 1/22/2016<br>Publication#<br>Juris KR<br>Pending; awaiting Office Action or Notice of Allowance. | | | Unknown |
| Systems and Methods for Tracking and Presenting Tinnitus Therapy Data<br>Application# MX/a/2016/000173<br>Application Date 1/7/2016<br>Publication#<br>Juris MX<br>Pending; awaiting Office Action or Notice of Allowance. | | | Unknown |
| Method and System For Tinnitus Sound Therapy<br>Application# 16/405,886<br>Application Date 5/7/2019<br>Publication#<br>Juris US<br>Pending; awaiting Office Action | | | Unknown |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| Method and System For Tinnitus Sound Therapy<br>Application# PCT/US2019/031200<br>Application Date 5/7/2019<br>Publication#<br>Juris PCT<br>Pending; 30-month national phase deadline is November 9, 2020 | | | Unknown |
| Display Screen With Graphical User Interface For An Audio Therapy Manager<br>Application# 29/646,372<br>Application Date 5/3/2018<br>Publication#<br>Juris US<br>Pending; awaiting Office Action or Notice of Allowance. | | | Unknown |
| Headset For Audio Therapy<br>Application# 29/646,375<br>Application Date 5/3/2018<br>Publication#<br>Juris US<br>Pending; awaiting Office Action or Notice of Allowance. | | | Unknown |
| Headset For Audio Therapy<br>Application#<br>Publication#<br>Juris US<br>Not yet filed; awaiting final confirmation as to filing application. | | | Unknown |
| TRADEMARK: LEVO<br>ARGENTINA<br>APP NO.: 3261192<br>FILE DATE: 7/1/2013<br>REG NO.: 2702155<br>REG DATE: 12/23/2014<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>COMMENTS/DEADLINES: 12/23/2020<br>DECLARATION OF USE | | | Unknown |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| TRADEMARK: LEVO<br>ARGENTINA<br>APP NO.: 3261193<br>FILE DATE: 7/1/2013<br>REG NO.: 2671451<br>REG DATE: 8/22/2014<br>DESCRIPTION: 10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 08/22/2020 DECLARATION OF USE | | | Unknown |
| TRADEMARK: LEVO<br>ARGENTINA<br>APP NO.: 3261194<br>FILE DATE: 7/1/2013<br>REG NO.: 2671452<br>REG DATE: 8/22/2014<br>DESCRIPTION: 42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 08/22/2020 DECLARATION OF USE | | | Unknown |
| TRADEMARK: LEVO<br>ARGENTINA<br>APP NO.: 3261195<br>FILE DATE: 7/1/2013<br>REG NO.: 2671453<br>REG DATE: 8/22/2014<br>DESCRIPTION: 44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 08/22/2020 DECLARATION OF USE | | | Unknown |
| TRADEMARK: OTOHARMONICS<br>ARGENTINA | | | |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| APP NO.: 3261188<br>FILE DATE: 7/1/2013<br>REG NO.: 2671447<br>REG DATE: 8/22/2014<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>COMMENTS/DEADLINES: 08/22/2020 DECLARATION OF USE | | | Unknown |
| TRADEMARK: OTOHARMONICS ARGENTINA<br>APP NO.: 3261189<br>FILE DATE: 7/1/2013<br>REG NO.: 2671449<br>REG DATE: 41873<br>DESCRIPTION: 10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 08/22/2020 DECLARATION OF USE | | | Unknown |
| TRADEMARK: OTOHARMONICS ARGENTINA<br>APP NO.: 3261190<br>FILE DATE: 7/1/2013<br>REG NO.: 2671448<br>REG DATE: 41873<br>DESCRIPTION: 42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 08/22/2020 DECLARATION OF USE | | | Unknown |
| TRADEMARK: OTOHARMONICS ARGENTINA<br>APP NO.: 3261191 | | | |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| FILE DATE: 7/1/2013<br>REG NO.: 2671450<br>REG DATE: 8/22/2014<br>DESCRIPTION: 44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 08/22/2020 DECLARATION OF USE | | | Unknown |
| TRADEMARK: LEVO AUSTRALIA<br>APP NO.: 1566339<br>FILE DATE: 7/3/2013<br>REG NO.: 1566339<br>REG DATE: 10/9/2013<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance | | | Unknown |

| | | | |
|---|---|---|---|
| disorders.<br>COMMENTS/DEADLINES: 07/03/2022<br>RENEWAL PERIOD OPENS | | | |
| TRADEMARK: OTOHARMONICS<br>AUSTRALIA<br>APP NO.: 1566338<br>FILE DATE: 7/3/2013<br>REG NO.: 1566338<br>REG DATE: 1/12/2015<br>DESCRIPTION: 09 - Software for use in<br>the diagnosis and treatment of<br>auditory pathologies, sleep and balance<br>disorders; software for use in<br>connection with a portable media<br>player for the diagnosis and treatment<br>of auditory pathologies, sleep and<br>balance disorders; earphones and<br>headphones.<br>10 - Medical devices for diagnostics and<br>treating auditory pathologies, sleep<br>and balance disorders.<br>42 - Software as a service (SAAS)<br>services featuring software for use in<br>the diagnosis and treatment of<br>auditory pathologies, sleep and balance<br>disorders; software as a service (SAAS)<br>services featuring software for use in<br>connection with a portable media<br>player for the diagnosis and treatment<br>of auditory pathologies, sleep and<br>balance disorders.<br>44 - Healthcare services, namely,<br>providing diagnosis and treatments for<br>auditory pathologies, sleep and balance<br>disorders; consulting services to<br>healthcare professionals regarding the<br>diagnosis and treatment of auditory<br>pathologies, sleep and balance<br>disorders.<br>COMMENTS/DEADLINES: 07/03/2022<br>RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: LEVO<br>BRAZIL<br>APP NO.: 906459036<br>FILE DATE: 7/3/2013<br>REG NO.: 906459036<br>REG DATE: 4/24/2018<br>DESCRIPTION: 09 - Software for use in | | | Unknown |

| | | |
|---|---|---|
| the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>COMMENTS/DEADLINES: 03/01/2020 STATUS CHECK (Status of cancellation filed by Levox.) | | |
| TRADEMARK: LEVO<br>BRAZIL<br>APP NO.: 906459052<br>FILE DATE: 7/3/2013<br>REG NO.: 906459052<br>REG DATE: 5/10/2016<br>DESCRIPTION: 10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders<br>COMMENTS/DEADLINES: 05/10/2025 RENEWAL PERIOD OPENS | | Unknown |
| TRADEMARK: LEVO<br>BRAZIL<br>APP NO.: 906459060<br>FILE DATE: 7/3/2013<br>REG NO.: 906459060<br>REG DATE: 5/10/2016<br>DESCRIPTION: 42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders<br>COMMENTS/DEADLINES: 05/10/2025 RENEWAL PERIOD OPENS | | Unknown |
| TRADEMARK: LEVO<br>BRAZIL<br>APP NO.: 906459087<br>FILE DATE: 7/3/2013<br>REG NO.: 906459087<br>REG DATE: 5/10/2016<br>DESCRIPTION: 44 - Healthcare services, | | Unknown |

| | | | |
|---|---|---|---|
| namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders<br>COMMENTS/DEADLINES: 05/10/2025 RENEWAL PERIOD OPENS | | | |
| TRADEMARK: OTOHARMONICS<br>BRAZIL<br>APP NO.: 906458994<br>FILE DATE: 7/3/2013<br>REG NO.: 906458994<br>REG DATE: 5/10/2016<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones<br>COMMENTS/DEADLINES: 05/10/2025 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: OTOHARMONICS<br>BRAZIL<br>APP NO.: 906459010<br>FILE DATE: 7/3/2013<br>REG NO.: 906459010<br>REG DATE: 5/10/2016<br>DESCRIPTION: 10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders<br>COMMENTS/DEADLINES: 05/10/2025 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: OTOHARMONICS<br>BRAZIL<br>APP NO.: 906459117<br>FILE DATE: 7/3/2013<br>REG NO.: 906459117<br>REG DATE: 5/10/2016<br>DESCRIPTION: 42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, | | | Unknown |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders<br>COMMENTS/DEADLINES: 05/10/2025 RENEWAL PERIOD OPENS | | | |
| TRADEMARK: OTOHARMONICS<br>BRAZIL<br>APP NO.: 906459141<br>FILE DATE: 7/3/2013<br>REG NO.: 906459141<br>REG DATE: 5/10/2016<br>DESCRIPTION: 44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders<br>COMMENTS/DEADLINES: 05/10/2025 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: LEVO<br>CANADA<br>APP NO.: 1633294<br>FILE DATE: 6/28/2013<br>REG NO.: TMA1000887<br>REG DATE: 7/16/2018<br>DESCRIPTION: - (1) Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders. (2) Consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>- (1) Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable | | | Unknown |

**ATTACHMENT B-60**

| | | | |
|---|---|---|---|
| media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones. (2) Medical devices, namely, otological instruments for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/16/2032 RENEWAL PERIOD OPENS | | | |
| TRADEMARK: OTOHARMONICS<br>CANADA<br>APP NO.: 1633296<br>FILE DATE: 6/28/2013<br>REG NO.: TMA1000888<br>REG DATE: 7/16/2018<br>DESCRIPTION: - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>- Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones; medical devices, namely, ontological instruments for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/16/2032 RENEWAL PERIOD OPENS | | Unknown | |
| TRADEMARK: LEVO<br>CHILE<br>APP NO.: 1064942<br>FILE DATE: 7/3/2013 | | | |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| REG NO.: 1176600<br>REG DATE: 8/25/2015<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 08/25/2024 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: OTOHARMONICS CHILE<br>APP NO.: 1064943<br>FILE DATE: 7/3/2013<br>REG NO.: 1167978<br>REG DATE: 6/2/2015<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and | | | Unknown |

| | | | |
|---|---|---|---|
| headphones.<br>10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 11/04/2015 REGISTRATION FEE (Instructions to pay reg. fee sent to Chile; registered?) | | | |
| TRADEMARK: LEVO<br>CHINA<br>APP NO.: 12848191<br>FILE DATE: 7/2/2013<br>REG NO.: 12848191<br>REG DATE: 8/21/2015<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>COMMENTS/DEADLINES: 08/21/2024 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: LEVO<br>CHINA<br>APP NO.: 12848190<br>FILE DATE: 7/2/2013<br>REG NO.: 12848190<br>REG DATE: 6/28/2016 | | | Unknown |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| DESCRIPTION: 10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 06/28/2025 RENEWAL PERIOD OPENS | | | |
| TRADEMARK: LEVO<br>CHINA<br>APP NO.: 12848189<br>FILE DATE: 7/2/2013<br>REG NO.: 12848189<br>REG DATE: 12/14/2014<br>DESCRIPTION: 42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 12/14/2023 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: LEVO<br>CHINA<br>APP NO.: 12848188<br>FILE DATE: 7/2/2013<br>REG NO.: 12848188<br>REG DATE: 41987<br>DESCRIPTION: 44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 12/14/2023 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: OTOHARMONICS<br>CHINA<br>APP NO.: 12848195<br>FILE DATE: 7/2/2013<br>REG NO.: 12848195<br>REG DATE: 41987<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of | | | Unknown |

| | | | |
|---|---|---|---|
| auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>COMMENTS/DEADLINES: 12/14/2023 RENEWAL PERIOD OPENS | | | |
| TRADEMARK: OTOHARMONICS<br>CHINA<br>APP NO.: 12848194<br>FILE DATE: 7/2/2013<br>REG NO.: 12848194<br>REG DATE: 12/14/2014<br>DESCRIPTION: 10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 12/14/2023 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: OTOHARMONICS<br>CHINA<br>APP NO.: 12848193<br>FILE DATE: 7/2/2013<br>REG NO.: 12848193<br>REG DATE: 10/28/2014<br>DESCRIPTION: 42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 10/28/2023 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: OTOHARMONICS<br>CHINA<br>APP NO.: 12848192<br>FILE DATE: 7/2/2013<br>REG NO.: 12848192<br>REG DATE: 10/28/2014<br>DESCRIPTION: 44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, | | | Unknown |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 10/28/2023 RENEWAL PERIOD OPENS | | | |
| TRADEMARK: LEVO<br>EUROPEAN UNION (EUTM)<br>APP NO.: 11947199<br>FILE DATE: 7/1/2013<br>REG NO.: 11947199<br>REG DATE: 11/26/2013<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/01/2022 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: OTOHARMONICS<br>EUROPEAN UNION (EUTM)<br>APP NO.: 11947173 | | | |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| FILE DATE: 7/1/2013<br>REG NO.: 11947173<br>REG DATE: 11/26/2013<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders<br>44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/01/2022 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: LEVO<br>INDIA<br>APP NO.: 2557882<br>FILE DATE: 7/2/2013<br>REG NO.: 2557882<br>REG DATE: 11/21/2018<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and | | | Unknown |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| balance disorders; earphones and headphones.<br>10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/02/2022 RENEWAL PERIOD OPENS | | | |
| TRADEMARK: OTOHARMONICS INDIA<br>APP NO.: 2557881<br>FILE DATE: 7/2/2013<br>REG NO.: 2557881<br>REG DATE: 11/21/2018<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) | | Unknown | |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/02/2022 RENEWAL PERIOD OPENS | | | |
| TRADEMARK: LEVO<br>JAPAN<br>APP NO.: 201350175<br>FILE DATE: 6/28/2013<br>REG NO.: 5688949<br>REG DATE: 7/25/2014<br>DESCRIPTION: 10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders; medical apparatus and instruments [other than walking aids and crutches] (as amended).<br>42 - Providing online application software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders (SAAS); providing online application software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; computer software design, computer programming, or maintenance of computer software; providing computer programs (as amended).<br>44 - Diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders; medical services; providing medical information (as amended). | | Unknown | |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| COMMENTS/DEADLINES: 07/25/2023 RENEWAL PERIOD OPENS | | | |
| TRADEMARK: OTOHARMONICS JAPAN APP NO.: 2013050174 FILE DATE: 6/28/2013 REG NO.: 5683596 REG DATE: 7/4/2014 DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; headphones; in-ear headphones; electronic machines, apparatus and their parts. 10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders; medical apparatus and instruments. 42 - Providing online application software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders (SAAS); providing online application software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; computer software design, computer programming, or maintenance of computer software; providing computer programs. 44 - Diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders; medical services; providing medical information. COMMENTS/DEADLINES: 07/04/2023 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: LEVO MEXICO | | | |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| APP NO.: 1389321<br>FILE DATE: 7/3/2013<br>REG NO.: 1400754<br>REG DATE: 9/27/2013<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>COMMENTS/DEADLINES: 07/03/2022 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: LEVO<br>MEXICO<br>APP NO.: 1389322<br>FILE DATE: 7/3/2013<br>REG NO.: 1400755<br>REG DATE: 9/27/2013<br>DESCRIPTION: 10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/03/2022 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: LEVO<br>MEXICO<br>APP NO.: 1389324<br>FILE DATE: 7/3/2013<br>REG NO.: 1416130<br>REG DATE: 11/29/2013<br>DESCRIPTION: 42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/03/2022 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: LEVO<br>MEXICO<br>APP NO.: 1389325 | | | |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| FILE DATE: 7/3/2013<br>REG NO.: 1400756<br>REG DATE: 9/27/2013<br>DESCRIPTION: 44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/03/2022 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: OTOHARMONICS MEXICO<br>APP NO.: 1389317<br>FILE DATE: 7/3/2013<br>REG NO.: 1417798<br>REG DATE: 12/5/2013<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>COMMENTS/DEADLINES: 07/03/2022 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: OTOHARMONICS MEXICO<br>APP NO.: 1389318<br>FILE DATE: 7/3/2013<br>REG NO.: 1400752<br>REG DATE: 9/27/2013<br>DESCRIPTION: 10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/03/2022 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: OTOHARMONICS MEXICO<br>APP NO.: 1389319<br>FILE DATE: 7/3/2013<br>REG NO.: 1416129<br>REG DATE: 11/29/2013 | | | Unknown |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| DESCRIPTION: 42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/03/2022 RENEWAL PERIOD OPENS | | | |
| TRADEMARK: OTOHARMONICS MEXICO<br>APP NO.: 1389320<br>FILE DATE: 7/3/2013<br>REG NO.: 1400753<br>REG DATE: 9/27/2013<br>DESCRIPTION: 44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/03/2022 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: LEVO SOUTH KOREA<br>APP NO.: 4520133617<br>FILE DATE: 7/2/2013<br>REG NO.: 450050232<br>REG DATE: 7/14/2014<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>42 - Software as a service (SAAS) services featuring software for use in | | | Unknown |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br><br>44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/14/2023 RENEWAL PERIOD OPENS | | | |
| TRADEMARK: OTOHARMONICS<br>SOUTH KOREA<br>APP NO.: 4520133616<br>FILE DATE: 7/2/2013<br>REG NO.: 450050231<br>REG DATE: 7/14/2014<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>44 - Healthcare services, namely, providing diagnosis and treatments for | | Unknown | |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders. COMMENTS/DEADLINES: 07/14/2023 RENEWAL PERIOD OPENS | | | |
| TRADEMARK: LEVO URUGUAY APP NO.: 446761 FILE DATE: 7/2/2013 REG NO.: 446761 REG DATE: 9/18/2014 DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones. 10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders. 42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders. 44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders. COMMENTS/DEADLINES: 09/18/2023 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: OTOHARMONICS URUGUAY | | | |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| APP NO.: 446760<br>FILE DATE: 7/2/2013<br>REG NO.: 446760<br>REG DATE: 7/14/2014<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>44 - Healthcare services, namely, providing diagnosis and treatments for auditory pathologies, sleep and balance disorders; consulting services to healthcare professionals regarding the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br>COMMENTS/DEADLINES: 07/14/2023 RENEWAL PERIOD OPENS | | | Unknown |
| TRADEMARK: LEVO<br>USA<br>APP NO.: 85983538<br>FILE DATE: 1/3/2013<br>REG NO.: 4713240<br>REG DATE: 3/31/2015<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment | | | Unknown |

ATTACHMENT B-60

| | | | |
|---|---|---|---|
| of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders.<br><br>COMMENTS/DEADLINES: 03/31/2020 AFFIDAVIT OF USE OPENS | | | |
| TRADEMARK: OTOHARMONICS USA<br>APP NO.: 85983320<br>FILE DATE: 1/4/2013<br>REG NO.: 4700584<br>REG DATE: 3/10/2015<br>DESCRIPTION: 09 - Software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders; earphones and headphones.<br>10 - Medical devices for diagnostics and treating auditory pathologies, sleep and balance disorders.<br>42 - Software as a service (SAAS) services featuring software for use in the diagnosis and treatment of auditory pathologies, sleep and balance disorders; software as a service (SAAS) services featuring software for use in connection with a portable media player for the diagnosis and treatment of auditory pathologies, sleep and balance disorders. | | | Unknown |

**ATTACHMENT B-60**

| | | | |
|---|---|---|---|
| COMMENTS/DEADLINES: 03/10/2020 AFFIDAVIT OF USE OPENS | | | |
| | | | |
| **Total** | | | **Unknown** |

ATTACHMENT B-62

| General Description | Net book value of debtor's interest | Valuation Method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Oregon Health & Science University - TFI Non-Exclusive License Agreement | 0.0 | | Unknown |
| FDA Registration #10047780 effective through 12/31/2020 | 0.0 | | Unknown |
| Health Canada Medical Device Certificate #139233 effective through 10/31/2020 | 0.0 | | Unknown |
| ISO 13485:2016 issued by UL, LLC effective through 2/24/2023 | 0.0 | | Unknown |
| ISO 13485:2016 & EN ISO 13485:2016 iss by UL, LLC effective through 2/24/2023 | 0.0 | | Unknown |
| CE Mark CE Certificate Number: VTT-C-11005-01-1171-512-14, effective through 3/6/2025 | 0.0 | | Unknown |
| Canadian Standards Group (CSA) – Annual Compliance ID#4840158, effective through 3/6/2021- unpaid as of 4/30/20 | 0.0 | | Unknown |
| Apple Developer License Fee effective through 9/23/2020 | 0.0 | | Unknown |
| HIBCC License #B400, effective permanently | 0.0 | | Unknown |
| Salesforce License #02277006 effective 3/1/20-5/31/20 – unpaid as of 4/30/20 | 0.0 | | Unknown |
| Thinkific (online training platform) License good through 12/9/20 | 0.0 | | Unknown |
| Adobe Acrobat Pro & Creative Cloud Software License effective through 6/25/20 | 0.0 | | Unknown |
| Zapier- software license, effective through 1/17/2021 | 0.0 | | Unknown |
| BK Precision 2190D recalibration good through 11/5/2020 | 0.0 | | Unknown |
| Audio Analyzer recalibration good through 1/18/2021 | 0.0 | | Unknown |
| Ear Simulator recalibration good through 2/1/2021 | 0.0 | | Unknown |
| | | | |
| **Total** | **0.0** | | **Unknown** |

Attachment B-77

| Who Received Transfer | Description | Date of Transfer | Total amount or value | Relationship to Debtor |
|---|---|---|---|---|
| **Due North Innovation Federal ID 81-1385571 1631 NE Broadway Ste 614 Portland, OR 97232 (this address is a guess)** | **Payments Made by Otoharmonics for Due North liabilities** | | | **Insider Company (primarily owned by Michael Baker- former CE and Brenda Edin- former CMO)** |
| | Software | 02/17/2016 | 748.33 | |
| | Expenses owed by Due North | 01/01/2017 | 719.75 | |
| | HJ Expenses | 02/10/2017 | 74.09 | |
| | KC Reimbursement | 02/10/2017 | 42.85 | |
| | HJ Expenses | 02/24/2017 | 57.44 | |
| | HJ Expenses | 03/14/2017 | 57.44 | |
| | HJ Expenses | 04/13/2017 | 54.60 | |
| | Expense Reports HJ and KC | 11/03/2017 | 54.60 | |
| | Expense Reports HJ and KC | 11/17/2017 | 17.99 | |
| | Expense Reports HJ and KC | 11/17/2017 | 54.60 | |
| | HJ Expenses | 12/15/2017 | 54.60 | |
| | DN portion of Chris' birthday gift | 12/27/2017 | 20.00 | |
| | HJ Expenses | 12/29/2017 | 54.60 | |
| | Quickbooks | 03/21/2018 | 50.00 | |
| | HJ Expenses | 04/30/2018 | 57.90 | |
| | Quickbooks | 05/14/2018 | 40.00 | |
| | HJ Payroll correction | 05/31/2018 | 64.60 | |
| | Training/Memberships | 06/06/2018 | 725.00 | |
| | Quickbooks | 06/13/2018 | 40.00 | |
| | MSFT | 06/18/2018 | 88.00 | |
| | HJ Expenses Due North | 06/30/2018 | 31.00 | |
| | HJ Expenses Due North | 06/30/2018 | 71.00 | |
| | HJ Expenses Due North | 07/31/2018 | 78.12 | |
| | Quickbooks | 07/31/2018 | 60.00 | |
| | Radix Accounting - Accounting Fees | 08/08/2018 | 613.50 | |
| | PDX/Mult 2017 Extension | 08/20/2018 | 200.00 | |
| | Quickbooks | 08/31/2018 | 60.00 | |
| | Radix Accounting - Interim bill for tax preparation Form 1065 | 08/31/2018 | 976.81 | |
| | HJ Expenses Due North | 08/31/2018 | 70.33 | |
| | HJ Expenses Due North | 09/07/2018 | 73.18 | |
| | Radix Accounting - Final Payment for 2017 Due North Taxes | 09/13/2018 | 728.11 | |
| | Quickbooks | 09/30/2018 | 60.00 | |

Attachment B-77

| | | | | |
|---|---|---|---|---|
| | Purchase of Assets for Due North | 10/02/2018 | 1,569.97 | |
| | Quickbooks | 10/31/2018 | 60.00 | |
| | Tax Prep fees for 2017 | 11/13/2018 | 918.25 | |
| | MSFT | 11/19/2018 | 200.00 | |
| | MSFT | 11/19/2018 | 48.00 | |
| | Quickbooks | 11/30/2018 | 259.00 | |
| | MSFT | 12/18/2018 | 200.00 | |
| | MSFT | 12/18/2018 | 48.00 | |
| | QB | 12/31/2018 | 60.00 | |
| | MSFT | 01/17/2019 | 48.00 | |
| | MSFT | 01/17/2019 | 162.67 | |
| | Quickbooks | 01/31/2019 | 60.00 | |
| | Miscellaneous Debit IRS 1099-MISC E-FILE 6504851128 CA #5358 | 02/01/2019 | 16.47 | |
| | | **TOTAL** | **9,748.80** | |
| | | | | |
| | | | | |
| **Cori2, Inc. Federal ID 81-1006237 1631 NE Broadway Ste 614 Portland, OR 97232 (this address is a guess)** | **Payments Made by Otoharmonics for Cori2 liabilities** | | | **Insider Company (primarily owned by Mi Baker former CEO)** |
| | Oregon Business Filing | 02/03/2016 | 275.00 | |
| | Delaware Division of Corporation | 02/16/2016 | 50.00 | |
| | Software for Cori2 | 02/17/2016 | 748.33 | |
| | Repayment to Otoharmonics from Cori2 | 08/31/2016 | -325.00 | |
| | KC reimbursement | 02/10/2017 | 6.65 | |
| | KC reimbursement | 02/10/2017 | 5.25 | |
| | JS Reimbursement | 02/24/2017 | 104.00 | |
| | CORI2 business cards | 03/07/2017 | 148.00 | |
| | Payment for expenses covered by oto | 03/29/2017 | -263.90 | |
| | CORIs portion of Ranorex software expense | 04/30/2017 | -748.33 | |
| | Health Insurance Cori2 | 11/14/2017 | 549.75 | |
| | CN Health ins from 2017 to Cori2 | 01/01/2018 | 4,059.52 | |
| | CN Health Insurance to Cori2 | 01/01/2018 | 607.96 | |
| | CN Health Insurance to Cori2 | 02/28/2018 | 607.96 | |
| | CN Health Insurance to Cori2 | 03/31/2018 | 607.96 | |
| | CN Health Insurance to Cori2 | 04/30/2018 | 607.96 | |
| | Century Link | 05/07/2018 | 129.81 | |
| | Century Link for Cori 2Account No. 503-494-8311 | 05/27/2018 | 194.25 | |
| | CN Health Insurance to Cori2 | 05/31/2018 | 607.96 | |

**Attachment B-77**

| | | | | |
|---|---|---|---|---|
| | Century Link for Cori 2Account No. 503-494-8311 | 06/08/2018 | 66.60 | |
| | State of OR annual registration Fee for Cori2 | 06/11/2018 | 275.00 | |
| | Quickbooks | 06/13/2018 | 40.00 | |
| | Quickbooks | 06/21/2018 | 50.00 | |
| | CN Health Insurance to Cori2 | 06/30/2018 | 607.96 | |
| | Century Link for Cori 2Account No. 503-494-8311 | 07/09/2018 | 194.25 | |
| | CN Health Insurance to Cori2 | 07/31/2018 | 607.96 | |
| | Quickbooks | 07/31/2018 | 60.00 | |
| | Century Link for Cori 2Account No. 503-494-8311 | 08/07/2018 | 129.22 | |
| | Radix Accounting Tax Preparation 2017 | 08/08/2018 | 1,192.87 | |
| | Multnomah/Portland Tax for Cori2 | 08/20/2018 | 200.00 | |
| | Century Link for Cori 2Account No. 503-494-8311 | 08/27/2018 | 65.69 | |
| | Intuit QB | 08/31/2018 | 60.00 | |
| | CN Health Insurance to Cori2 | 08/31/2018 | 607.96 | |
| | CN Health Insurance to Cori2 | 09/30/2018 | 607.96 | |
| | Qickbooks | 09/30/2018 | 60.00 | |
| | Century Link | 10/31/2018 | 129.12 | |
| | Quickbooks | 10/31/2018 | 60.00 | |
| | CN Health Insurance to Cori2 | 10/31/2018 | 607.96 | |
| | Century Link for Cori 2Account No. 503-494-8311 | 11/06/2018 | 67.40 | |
| | Prep fees for 2017 | 11/13/2018 | 1,033.89 | |
| | CN Health Insurance to Cori2 | 11/30/2018 | 607.96 | |
| | Quickbooks | 11/30/2018 | 60.00 | |
| | MSFT | 12/07/2018 | 25.00 | |
| | Century Link for Cori 2Account No. 503-494-8311 | 12/07/2018 | 68.00 | |
| | MSFT | 12/07/2018 | 55.00 | |
| | Quickbooks | 12/31/2018 | 60.00 | |
| | MSFT | 01/07/2019 | 63.71 | |
| | MSFT | 01/07/2019 | 0.84 | |
| | Quickbooks | 01/31/2019 | 60.00 | |
| | MSFT | 02/01/2019 | 10.98 | |
| | | **TOTAL** | **15,708.46** | |
| | | | | |
| | | | | |
| Baker Consulting Group, LLP- Federal ID 91-2023023 1631 NE Broadway Ste 614 Portland, OR 97232 (this address is a guess) | Payments Made by Otoharmonics for Baker Consulting Group liabilities | | | Insider Company (primarily owned by Mi Baker former CEO) |
| | Expenses | 04/25/2015 | -125.27 | |

**Attachment B-77**

| | | | |
|---|---|---|---|
| 2 GoPro HERO4 Silvers, 2 GoPro Jaws Clamp Mounts | 09/14/2015 | 869.96 | |
| Expenses DN | 11/12/2015 | 135.00 | |
| XPLANE Check for BG | 12/03/2015 | 93.18 | |
| Services due from BG- MC consultant | 12/30/2015 | 2,000.00 | |
| to reclassify balance due from BG from 2015 for Shelby's health insurance portion that Otoharmonics paid | 01/01/2016 | 50.50 | |
| Split bill | 01/09/2016 | 350.00 | |
| Baker Group Portion (Shelby) | 01/11/2016 | 494.70 | |
| DeeAnn Nelson payment | 01/26/2016 | -350.00 | |
| Hot Pot reimbursement | 01/26/2016 | -93.18 | |
| Case for MacBook Pro for Shelby | 02/09/2016 | 42.48 | |
| Shelby's MacBook pro case | 02/09/2016 | -44.99 | |
| Baker Group Portion (Kevin, Chris, Shelby) | 02/12/2016 | 3,039.15 | |
| Otoharmonics expense reimbursed to Kevin through Baker Group payroll | 02/12/2016 | -37.00 | |
| automated software testing - specifically purchased for Due North/CORI2/OTO | 02/17/2016 | 748.34 | |
| BG Employees Health Insurance | 03/03/2016 | -3,036.34 | |
| Jennifer Tiemann reimbursed through BG for nails for photos for Oto | 03/16/2016 | -25.00 | |
| To correct payment | 04/05/2016 | -0.30 | |
| Atlasta:  locks for records storage in office - half due to BG | 04/07/2016 | -127.50 | |
| KC Expenses | 04/08/2016 | -37.60 | |
| Paid for DN tax liability for 2015 | 04/18/2016 | 150.00 | |
| Services due from BG- MC consultant | 04/29/2016 | 2,000.00 | |
| Services due from BG- LC consultant | 05/02/2016 | 2,500.00 | |
| expense included in BG invoice to Cedars, reimbursed to BG | 05/27/2016 | 313.85 | |
| expense included in BG invoice to Cedars, reimbursed to BG | 05/27/2016 | 346.82 | |
| BG portion | 06/10/2016 | 1,484.10 | |
| Otoharmonics expenses reimbursed through Baker Group payroll to Kevin Crawford | 07/01/2016 | -25.47 | |
| Hannah's Expense Report - Cell Phone Bill | 07/29/2016 | 55.96 | |
| Kevin Crawford reimbursed through payroll from BG | 07/29/2016 | -119.95 | |
| Hannah Jones expense reimbursement - cell phone bill | 08/26/2016 | 55.97 | |
| Expenses reimbursed to Kevin Crawford through Baker Group | 09/09/2016 | -32.02 | |
| bg portion | 09/10/2016 | 494.70 | |
| DN portion | 10/03/2016 | 150.00 | |
| Hannah Jones expense report - Due North expenses | 10/21/2016 | 126.88 | |
| DN portion | 10/27/2016 | 200.00 | |

**Attachment B-77**

| | | | |
|---|---|---|---|
| HJ Expenses | 11/18/2016 | 55.95 | |
| KC Expenses | 11/18/2016 | -144.15 | |
| DN portion | 12/02/2016 | 275.00 | |
| HJ Expenses | 12/16/2016 | 55.95 | |
| OTO paid for Baker Group Starfish expenses | 12/21/2016 | 16,000.00 | |
| Services due from BG- MC consultant | 12/31/2016 | 1,250.00 | |
| Due North Expenses | 01/01/2017 | -719.75 | |
| To reclassify a 2016 debit as an OTO expense. This was incorrectly recorded intitally as a BG expense. | 01/01/2017 | -748.34 | |
| Health Insurance for CN | 01/10/2017 | 549.75 | |
| Uruguay Consultants BG portion per MJB | 01/31/2017 | 1,250.00 | |
| Uruguay Consultants BG portion per MJB | 02/28/2017 | 1,250.00 | |
| Uruguay Consultants BG portion per MJB | 03/31/2017 | 1,250.00 | |
| Uruguay Consultants BG portion per MJB | 04/30/2017 | 1,250.00 | |
| Uruguay Consultants BG portion per MJB | 05/01/2017 | 1,250.00 | |
| Uruguay Consultants BG portion per MJB | 06/15/2017 | 1,250.00 | |
| Oregon BEST meeting - paid by Otoharmonics | 07/07/2017 | 43.80 | |
| Telephone Trf W/D to Baker Group | 07/28/2017 | 8,000.00 | |
| Uruguay Consultants BG portion per MJB | 07/31/2017 | 1,250.00 | |
| To record SN hours worked on Otoharmoncis projects. | 07/31/2017 | -259.62 | |
| Uruguay Consultants BG portion per MJB | 08/15/2017 | 1,250.00 | |
| To record SN hours worked on Otoharmoncis projects. | 08/31/2017 | -538.46 | |
| Uruguay Consultants BG portion per MJB | 09/15/2017 | 1,250.00 | |
| To record SN hours worked on Otoharmoncis projects. | 09/30/2017 | -64.91 | |
| Telephone Trf W/D to Baker Group | 10/10/2017 | 5,000.00 | |
| Uruguay Consultants BG portion per MJB | 10/15/2017 | 1,250.00 | |
| Telephone Trf W/D to Baker Group | 10/20/2017 | 6,000.00 | |
| Telephone Trf W/D to Baker Group | 10/25/2017 | 1,200.00 | |
| Telephone Trf W/D to Baker Group | 10/25/2017 | 1,000.00 | |
| Telephone Trf W/D to Baker Group | 10/30/2017 | 1,000.00 | |
| To record SN hours worked on Otoharmonics projects. | 10/31/2017 | -115.40 | |
| Telephone Trf W/D to Baker Group | 11/02/2017 | 10,000.00 | |
| Telephone Trf W/D to Baker Group | 11/13/2017 | 1,000.00 | |
| otoharmonics covered BG portion for 11/1/17 bill | 11/14/2017 | 549.75 | |
| Uruguay Consultants BG portion per MJB | 11/15/2017 | 1,250.00 | |
| Telephone Trf W/D | 11/15/2017 | 1,800.00 | |

**Attachment B-77**

| | | | |
|---|---|---|---|
| | Expenses | 11/17/2017 | 26.00 | |
| | Baker portion | 12/15/2017 | 1,250.00 | |
| | To record SN hours worked on Otoharmoncis projects. | 01/01/2018 | 5,488.06 | |
| | Telephone Trf W/D to Baker Group | 01/18/2018 | 2,000.00 | |
| | Telephone Trf W/D to Baker Group | 01/22/2018 | 1,000.00 | |
| | Telephone Trf W/D to Baker Group | 02/08/2018 | 5,000.00 | |
| | Telephone Trf W/D to Baker Group | 02/09/2018 | 4,000.00 | |
| | Telephone Trf W/D to Baker Group | 02/22/2018 | 10,000.00 | |
| | Telephone Trf Dep to Otoharmonics | 03/08/2018 | -3,200.00 | |
| | Telephone Trf W/D to Baker Group | 03/23/2018 | 7,000.00 | |
| | Baker Group expenses paid by OTO | 03/30/2018 | 6,688.50 | |
| | Baker Group expenses paid by OTO | 03/31/2018 | 3,000.00 | |
| | Baker Group expenses paid by OTO | 04/23/2018 | 2,000.00 | |
| | Telephone Trf W/D to Baker Group | 04/30/2018 | 1,000.00 | |
| | Telephone Trf W/D to Baker Group | 04/30/2018 | 2,000.00 | |
| | Telephone Trf W/D to Baker Group | 05/04/2018 | 8,000.00 | |
| | Baker Group Portion of Leo Cecilia | 05/15/2018 | 1,250.00 | |
| | Payment to Baker Group CC | 05/18/2018 | 4,800.00 | |
| | Unknown use of funds | 05/22/2018 | 2,000.00 | |
| | Baker Group American Express Payment for all OTO expenses - the AMEX is Due North | 06/06/2018 | -703.65 | |
| | Telephone Trf W/D to Baker Group Cash Account | 07/06/2018 | 2,500.00 | |
| | Baker Group Starfish Invoice 213559 | 07/18/2018 | 1,932.00 | |
| | Davinci Digital January - July - Invoices put into OTO that were actually Baker Group | 07/31/2018 | 8,232.00 | |
| | Davinci Digital Monthly | 08/04/2018 | 1,176.00 | |
| | Davinci Digital Monthly | 09/01/2018 | 1,176.00 | |
| | Payment made by BG to New York Hearing Associates for Seth Weible | 09/26/2018 | -3,000.00 | |
| | Enterprise Support IT - Remote | 10/01/2018 | 1,176.00 | |
| | Sudeshna Dutta Wages from Baker Group | 12/31/2018 | -5,488.06 | |
| | Columbia Bank Credit Card | 06/13/2019 | 5.48 | |
| | | **TOTAL** | **146,894.87** | |
| | | | | |
| | | | | |
| **QView Health Inc. Federal ID 81-1257941 1631 NE Broadway** | **Payments Made by Otoharmonics for QView Health Inc. liabilities** | | **Insider Company** |

Attachment B-77

| Ste 614 Portland, OR 97232 | | | | (primarily owned by Mi Baker former CEO) |
|---|---|---|---|---|
| | Oregon Secretary of State | 02/03/2016 | 275.00 | |
| | Delaware Division of Corporation | 02/16/2016 | 50.00 | |
| | HJ Expenses | 07/01/2016 | 12.00 | |
| | HJ Expenses | 07/29/2016 | 11.00 | |
| | HJ Expenses | 08/12/2016 | 119.61 | |
| | check from QView to clear due to/from account | 09/22/2016 | -325.00 | |
| | HJ Expenses | 11/04/2016 | 20.58 | |
| | HJ Expenses | 11/04/2016 | 37.82 | |
| | HJ Expenses | 02/24/2017 | 11.00 | |
| | HJ Expenses | 03/14/2017 | 6.00 | |
| | HJ Expenses | 03/29/2017 | -212.01 | |
| | HJ Expenses | 04/03/2017 | 13.00 | |
| | HJ Expenses | 04/30/2017 | -19.00 | |
| | HJ Expenses | 05/05/2017 | 15.00 | |
| | HJ Expenses | 05/31/2017 | -15.00 | |
| | Quickbooks | 09/07/2017 | 25.00 | |
| | Quickbooks | 10/10/2017 | 25.00 | |
| | Quickbooks | 11/06/2017 | 25.00 | |
| | HJ Expenses | 11/17/2017 | 74.00 | |
| | Quickbooks | 12/06/2017 | 25.00 | |
| | HJ Expenses | 12/15/2017 | 11.00 | |
| | HJ Expenses | 12/15/2017 | 11.00 | |
| | HJ Expenses | 12/15/2017 | 3.00 | |
| | HJ Expenses | 12/29/2017 | 15.00 | |
| | HJ Expenses | 12/29/2017 | 11.00 | |
| | HJ Wages | 01/01/2018 | 61,484.62 | |
| | Quickbooks | 01/08/2018 | 25.00 | |
| | HJ Salary to Qview | 01/31/2018 | 5,475.46 | |
| | Quickbooks | 02/06/2018 | 25.00 | |
| | HJ Salary to Qview | 02/28/2018 | 5,475.46 | |
| | HJ Salary to Qview | 03/31/2018 | 5,475.46 | |
| | Quickbooks | 04/16/2018 | 25.00 | |
| | HJ Salary to Qview | 04/30/2018 | 5,475.46 | |
| | Wire Transfer Fee Qview | 05/15/2018 | 25.00 | |
| | HJ Expenses Qview | 05/31/2018 | 38.75 | |
| | HJ Expenses Qview | 05/31/2018 | 60.00 | |
| | HJ Salary Qview | 05/31/2018 | 5,475.46 | |
| | Quickbooks | 06/18/2018 | 25.00 | |
| | HJ Salary & Health Ins to Qview | 06/30/2018 | 6,091.98 | |
| | HJ Expenses Qview | 06/30/2018 | 34.00 | |
| | Quickbooks | 07/31/2018 | 60.00 | |
| | HJ Expenses Qview | 07/31/2018 | 21.00 | |

**Attachment B-77**

| | | | | |
|---|---|---|---|---|
| | HJ Expenses Qview | 07/31/2018 | 5.00 | |
| | HJ Salary & Health Ins to Qview | 07/31/2018 | 6,091.98 | |
| | Radix Accounting- accounting fees | 08/08/2018 | 419.00 | |
| | PDX/Mult Extension 2017 | 08/20/2018 | 200.00 | |
| | Radix Accounting- preliminary tax fees | 08/27/2018 | 152.52 | |
| | HJ Salary & Health Ins to Qview | 08/30/2018 | 6,091.98 | |
| | HJ Expenses Qview | 08/31/2018 | 89.31 | |
| | Quickbooks | 08/31/2018 | 60.00 | |
| | Quickbooks | 09/30/2018 | 60.00 | |
| | HJ Salary & Health Ins to Qview | 09/30/2018 | 6,091.98 | |
| | New Egg IT Supplies for Qview | 10/02/2018 | 122.07 | |
| | Router for Qview | 10/02/2018 | 65.99 | |
| | My Corporation Fees for Qview | 10/04/2018 | 150.00 | |
| | CN registration for - NAHQ | 10/08/2018 | 899.00 | |
| | TL registration for - NAHQ | 10/29/2018 | 249.00 | |
| | HJ Health Insurance | 10/31/2018 | 616.52 | |
| | Quickbooks | 10/31/2018 | 60.00 | |
| | MSFT | 11/12/2018 | 90.00 | |
| | Prep fees for 2017 | 11/13/2018 | 2,081.29 | |
| | MSFT | 11/19/2018 | 5.00 | |
| | MSFT | 11/19/2018 | 85.00 | |
| | HJ Health Insurance | 11/30/2018 | 616.52 | |
| | Quickbooks | 11/30/2018 | 60.00 | |
| | MSFT | 12/19/2018 | 85.00 | |
| | MSFT | 12/19/2018 | 5.00 | |
| | CN Health Insurance | 12/31/2018 | 607.96 | |
| | HJ Health Insurance | 12/31/2018 | 616.52 | |
| | QB | 12/31/2018 | 60.00 | |
| | HIMSS | 01/02/2019 | 925.00 | |
| | Apple | 01/14/2019 | 1,947.00 | |
| | MSFT | 01/22/2019 | 62.74 | |
| | MSFT | 01/22/2019 | 5.00 | |
| | HIMSS | 01/22/2019 | 825.00 | |
| | Quickbooks | 01/31/2019 | 60.00 | |
| | HJ and CN Health Insurance | 01/31/2019 | 1,335.74 | |
| | Tracker 1099 Fee | 02/01/2019 | 5.49 | |
| | HJ and CN Health Insurance | 02/28/2019 | 1,243.44 | |
| | HJ and CN Health Insurance | 03/31/2019 | 1,243.45 | |
| | HJ and CN Health Insurance | 04/30/2019 | 1,243.45 | |
| | | | | |
| | HJ and CN Health Insurance | 05/31/2019 | 1,243.45 | |
| | HJ and CN Health Insurance | 06/30/2019 | 1,243.45 | |
| | BE, HJ and CN Health Insurance | 07/31/2019 | 2,530.70 | |

**Attachment B-77**

| | | | | |
|---|---|---|---|---|
| | BE, HJ and CN Health Insurance | 08/31/2019 | 2,530.70 | |
| | MSFT | 09/23/2019 | 310.41 | |
| | MSFT | 09/23/2019 | 29.00 | |
| | BE, HJ and CN Health Insurance | 09/30/2019 | 2,530.70 | |
| | BE, HJ and CN Health Insurance | 10/31/2019 | 2,530.70 | |
| | BE, HJ and CN Health Insurance | 11/30/2019 | 2,530.70 | |
| | | **TOTAL** | **145,630.41** | |
| | | | | |
| | | | | |
| | **TOTAL ALL COMPANIES** | | **$ 317,982.54** | |

**Attachment B-77**

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Fill in this information to identify the case:**

Debtor name __Otoharmonics Corporation__

United States Bankruptcy Court for the: _____ District of __DE__
                                                                        (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Cedars-Sinai Medical Center | All inventory, accounts, equipment, intangibles (patents and trademarks), personal property, books and records, etc. | $ 801,324.64 | $ Unknown |

**Creditor's mailing address**
8700 Beverly Boulevard
Los Angeles, CA 90048

**Describe the lien**
Secured Promissory Notes and Interest

**Creditor's email address, if known**
pamela.collingwood@cshs.org

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred** 6/2019-4/2020
**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
|  |  | $ _____ | $ _____ |

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 801,324.64

page 1 of 1


American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor    Otoharmonics Corporation

United States Bankruptcy Court for the: _____ District of  DE
                                                         (State)

Case number
(If known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Matthew Lopez
11352 Kelly Ln
Los Alamitos, CA 90720

**Date or dates debt was incurred**
2/2020 - 4/2020

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (<u>4</u>)

**As of the petition filing date, the claim is:** $   3,250.00
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Commissions

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ 3,250.00
Priority amount: $ 3,250.00

**2.2** Priority creditor's name and mailing address
Oregon Department of Revenue
PO Box 14950
Salem, OR 97309-0950

**Date or dates debt was incurred**
4/30/2020

**Last 4 digits of account**
**number** 9 4 2 1

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (<u>8</u>)

**As of the petition filing date, the claim is:** $   150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Minimum Tax Due 2019

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ 150.00
Priority amount: $ 150.00

**2.3** Priority creditor's name and mailing address
City of Portland Revenue Bureau
111 SW Columbia St, Suite 600
Portland, OR 97201-5840

**Date or dates debt was incurred**
4/30/2020

**Last 4 digits of account**
**number** 1 5 9 6

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (<u>8</u>)

**As of the petition filing date, the claim is:** $   200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Minimum Tax Due 2019

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ 200.00
Priority amount: $ 200.00

| Debtor | Otoharmonics Corporation | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

**Nonpriority creditor's name and mailing address**
AC Tinnitus, Hyperacusis and Balance Center Inc.

1776 South Queen Street
York, PA 17403

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ 5,000

**Basis for the claim:** Potential Refund Claims

**Date or dates debt was incurred** 12/18/18, 2/7/19

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**3.2**

**Nonpriority creditor's name and mailing address**
Advanced Hearing Providers

18801 SW Martinazzi Ave Suite 200
Tualatin, OR 97062

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ 2,000.00

**Basis for the claim:** Potential Refund Claims

**Date or dates debt was incurred** 3/11/2020

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**3.3**

**Nonpriority creditor's name and mailing address**
Allstream

PO Box 2966
Milwaukee, WI 53201-2966

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 1,782.32

**Basis for the claim:** IT Services/Interest

**Date or dates debt was incurred** 12/4/19-3/31/20

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 5 6 1 7

**3.4**

**Nonpriority creditor's name and mailing address**
Amplifon

Fifth Street Towers, South 5th St, Ste 2300
Minneapolis, MN 55446

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 8,140

**Basis for the claim:** RMA Return

**Date or dates debt was incurred** 7/19 - 12/19

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**3.5**

**Nonpriority creditor's name and mailing address**
Apple

PO Box 846095
Dallas, TX 75284-6095

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,775.00

**Basis for the claim:** Inventory Purchases

**Date or dates debt was incurred** 2/2020

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 7 2 8 4

**3.6**

**Nonpriority creditor's name and mailing address**
Associates of Otolaryngology, P.C.
850 E Harvard Ave Ste 525
Denver, CO 80210

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ 2,500

American LegalNet, Inc.

**Basis for the claim:** Potential Refund Claims

**Date or dates debt was incurred** _____4/19/19_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor   Otoharmonics Corporation

Name _____   Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.7** Nonpriority creditor's name and mailing address

Audiology Associates of Greeley, Inc.

4675 West 20th Street Rd Suite A

Greeley, CO 80634

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: RMA Return

$  2,200.00

Date or dates debt was incurred   9/17/2018

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.8** Nonpriority creditor's name and mailing address

Auditory Processing Center

5900 Sepulveda Blvd. Suite 335

Sherman Oaks, CA 91411

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Potential Refund Claims

$  20,000

Date or dates debt was incurred   3/24/2020

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.9** Nonpriority creditor's name and mailing address

Becker ENT Center

1001 Sheppard Rd

Voorhees, NJ 8043

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Potential Refund Claims

$  5,000.00

Date or dates debt was incurred   5/24/18, 1/23/19

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.10** Nonpriority creditor's name and mailing address

Boston Audiology Consultants

266 Cabot Street

Beverly, MA 1915

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Potential Refund Claims

$  5,000.00

Date or dates debt was incurred   2/6/19, 3/29/19

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.11** Nonpriority creditor's name and mailing address

Calvert Hearing Care

2645 Arapaho Rd #121

Garland, TX 75044

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Potential Refund Claims

$  2,500.00

Date or dates debt was incurred   10/1/2018

Is the claim subject to offset?

---

American LegalNet, Inc.

**Last 4 digits of account number**  __ __ __ __

☒ No
☐ Yes

| Debtor | Otoharmonics Corporation | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.12**   **Nonpriority creditor's name and mailing address**

Cedar Audiology

5010 Mayfield Rd. Suite 116

Lyndhurst, OH 44124

Date or dates debt was incurred    11/9/2018

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: RMA Return

Is the claim subject to offset?
- [x] No
- [ ] Yes

$    5,000.00

---

**3.13**   **Nonpriority creditor's name and mailing address**

Cedars- Sinai Medical Group

8635 W 3rd St #590

Los Angeles, CA 90048

Date or dates debt was incurred    5/14/18

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Potential Refund Claims

Is the claim subject to offset?
- [x] No
- [ ] Yes

$    2,500.00

---

**3.14**   **Nonpriority creditor's name and mailing address**

Cedars-Sinai Medical Center

8700 Beverly Boulevard

Los Angeles, CA 90048

Date or dates debt was incurred    2/1/15 - 6/11/18

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Notes/Interest

Is the claim subject to offset?
- [x] No
- [ ] Yes

$    9,191,940.81

---

**3.__**   **Nonpriority creditor's name and mailing address**

Center for Better Hearing

190 El Cerrito Plaza

El Cerrito, CA 94530

Date or dates debt was incurred    3/29/2019

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Potential Refund Claims

Is the claim subject to offset?
- [x] No
- [ ] Yes

$    2,500.00

---

**3.15**   **Nonpriority creditor's name and mailing address**

Center for Hearing

625 Tamiami Trail N #301

Naples, FL 34102

Date or dates debt was incurred    3/6/2020

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Potential Refund Claims

Is the claim subject to offset?
- [x] No

$    2,000.00

---

American LegalNet, Inc.

☐ Yes

| Debtor | Otoharmonics Corporation | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.16** Nonpriority creditor's name and mailing address

Central Arkansas Veterans Health Care System

4300 W 7th St Rm 2d114

Little Rock, AR 72205-5446

Date or dates debt was incurred     3/10/2020

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Potential Refund Claims

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,088.75

---

**3.17** Nonpriority creditor's name and mailing address

CenturyLink

PO Box 91155

Seattle, WA 98111

Date or dates debt was incurred     12/19 - 1/31/20

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Phone Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 169.34

---

**3.18** Nonpriority creditor's name and mailing address

Chubb & Son

PO Box 382001

Pittsburgh, PA 15250-8001

Date or dates debt was incurred     8/6/19

Last 4 digits of account number     0  0  1  C

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Insurance

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,233.75

---

**3.19** Nonpriority creditor's name and mailing address

Columbia Bank Credit Card

PO Box 790408

St. Louis, MO 63179-0408

Date or dates debt was incurred     5/19 - 5/20

Last 4 digits of account number     8  3  1  9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Expenses

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,024.30

---

**3.20** Nonpriority creditor's name and mailing address

Comcast

9602 S 300 W. STE B

Sandy, UT 84070-3302

Date or dates debt was incurred     1/20 - 2/2020

Last 4 digits of account number     6  4  7  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Internet Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 734.34

---

Debtor    Otoharmonics Corporation
          Name                                              Case number (if known) _____

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

Corpus Christi VA - Corpus Christi

2601 Veterans Drive

Harlingen, TX 78550

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Potential Refund Claims

$ 1,886.93

Date or dates debt was incurred    3/30/2020
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

Cortland Hearing Aids

277 Tompkins St. #C
Cortland, NY 13045

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential Refund Claims

$ 2,500.00

Date or dates debt was incurred    3/29/19
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

CSA Group

178 Rexdale Blvd
Toronto, ON M9W 1R3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Regulatory Compliance

$ 3,196.00

Date or dates debt was incurred    2/6/2020
Last 4 digits of account number    0  1  5  8

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Davinci Digital

935 SE Hawthorne Blvd
Portland, OR 97214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: IT Services

$ 1,039.00

Date or dates debt was incurred    4/1/2020
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Davis Audiology

308 NE Main Street
Simpsonville, SC 29681

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential Refund Claim

$ 2,500.00

Date or dates debt was incurred    7/22/2019

Is the claim subject to offset?

---


American LegalNet, Inc.

**Last 4 digits of account number** ___ ___ ___ ___

☒ No

☐ Yes

American LegalNet, Inc.

Debtor _____
    Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.26** Nonpriority creditor's name and mailing address

Davis Wright Tremaine

1300 SW Fifth Avenue Ste 2400

Portland, OR 97201-5610

Date or dates debt was incurred          6/2019-3/2020

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Legal Services

Is the claim subject to offset?
☒ No
☐ Yes

$          2,496.73

---

**3.__** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

$  _____

---

**3.__** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

$  _____

---

**3.__** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

$  _____

---

**3.__** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

$  _____

American LegalNet, Inc.

Debtor   Otoharmonics Corporation
         Name                                                    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.27** Nonpriority creditor's name and mailing address

Dr. Mary Blome, M.D.

516 Knickerbocker Rd.

Cresskill, NJ 7626

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Potential Refund Claims

Date or dates debt was incurred    3/1/19
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$    2,500.00

**3.28** Nonpriority creditor's name and mailing address

EAN Services, LLC

PO Box 840173

Kansas City, MO 64184-0173

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Car Rentals

Date or dates debt was incurred    3/7/20
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$    350.90

**3.29** Nonpriority creditor's name and mailing address

Element Materials Technology

22975 NW Evergreen Pkwy, Ste 400

Hillsboro, OR 97124

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Testing Services

Date or dates debt was incurred    8/14/2019
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$    7,690.00

**3.30** Nonpriority creditor's name and mailing address

Elite Hearing of Colorado Springs

4195 Centennial Blvd

Colorado Springs, CO 80907

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: RMA Return

Date or dates debt was incurred    1/23/20, 2/18/20
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$    4,000.00

**3.31** Nonpriority creditor's name and mailing address

ENT and Allergy Specialists

826 Main St Suite 201

Phoenixville, PA 19460

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential Refund Claims

Date or dates debt was incurred    2/21/20
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$    2,500.00

American LegalNet, Inc.

Debtor _____  Case number *(if known)* _____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.32**  Nonpriority creditor's name and mailing address

Florida ENT & Allergy - Brandon

1139 Nikki View Dr

Brandon, FL 33511

Date or dates debt was incurred          4/9/2020

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Potential Refund Claims

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,000.00

---

**3.33**  Nonpriority creditor's name and mailing address

Future Work Design

8115 SW 4th Ave

Portland, OR 97219

Date or dates debt was incurred          11/26/2018

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Consulting Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,483.50

---

**3.34**  Nonpriority creditor's name and mailing address

Greylock Audiology Hearing & Balance Centers

510 North St Ste. 9

Pittsfield, MA 1201

Date or dates debt was incurred          5/29/2019

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential Refund Claims

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,500.00

---

**3.35**  Nonpriority creditor's name and mailing address

Harbor Audiology & Hearing Services, Inc

4700 Point Fosdick Drive Suite 212

Gig Harbor , WA 98335

Date or dates debt was incurred          2/3/20, 8/6/18

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: RMA Return

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,000.00

---

**3.36**  Nonpriority creditor's name and mailing address

Harbor Audiology & Hearing Services, Inc

4700 Point Fosdick Drive Suite 212

Gig Harbor , WA 98335

Date or dates debt was incurred          3/25/2020

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential Refund Claims

Is the claim subject to offset?
☒ No

$ 2,000.00

---

American LegalNet, Inc.

Debtor  Otoharmonics Corporation

Name

Case number *(if known)*

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3. 37 **Nonpriority creditor's name and mailing address**

Hearing & Tinnitus Center of Dallas-Fort Worth

7410 N MacArthur Blvd, #101

Irving, TX 75063

**Date or dates debt was incurred**  3/12/20

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Potential Refund Claims

**Is the claim subject to offset?**
☒ No
☐ Yes

$  2,500.00

---

3. 38 **Nonpriority creditor's name and mailing address**

Hearing at Home

19 Autumn Ridge Drive
Keswick, VA 22947

**Date or dates debt was incurred**  3/16/2020

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Refund Claims

**Is the claim subject to offset?**
☒ No
☐ Yes

$  5,000.00

---

3. 39 **Nonpriority creditor's name and mailing address**

Hearing Centers of PA, Inc. dba Indiana Audiology

1011 Water St
Indiana, PA 15701

**Date or dates debt was incurred**  4/29/2019

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  RMA Return

**Is the claim subject to offset?**
☒ No
☐ Yes

$  2,500.00

---

3. 40 **Nonpriority creditor's name and mailing address**

Hearing Health Center

1200 E Michigan Ave #330
Lansing, MI 48912

**Date or dates debt was incurred**  2/23/2018

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential Refund Claims

**Is the claim subject to offset?**
☒ No
☐ Yes

$  2,500.00

---

3. 41 **Nonpriority creditor's name and mailing address**

Hearing Services of Santa Barbara

5333 Hollister Ave Ste 165
Santa Barbara, CA 93111-2461

**Date or dates debt was incurred**  8/29/19, 9/3/19

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  RMA Return

**Is the claim subject to offset?**
☒ No

$  3,500.00

---

American LegalNet, Inc.

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Otoharmonics Corporation
        Name                                           Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.42** Nonpriority creditor's name and mailing address

Heartland Hearing Professionals - West Fargo

3139 Bluestem Dr., Ste 108

West Fargo, ND 58078

Date or dates debt was incurred    12/3/2020

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: RMA Return

Is the claim subject to offset?
- [X] No
- [ ] Yes

$    2,000.00

---

**3.43** Nonpriority creditor's name and mailing address

Helbig Audiology, LLC

633 E Sioux Avenue

Pierre, SD 57501

Date or dates debt was incurred    1/31/2019

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

Basis for the claim: Potential Refund Claims

Is the claim subject to offset?
- [X] No
- [ ] Yes

$    2,500.00

---

**3.44** Nonpriority creditor's name and mailing address

Heroes of Hearing, LLC

3275 W. Ina Road Suite 117

Tucson, AZ 85741

Date or dates debt was incurred    8/8/2019

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: RMA Return

Is the claim subject to offset?
- [X] No
- [ ] Yes

$    2,000.00

---

**3.45** Nonpriority creditor's name and mailing address

House of Hearing

895 W Center St

Orena, UT 84057

Date or dates debt was incurred    9/10/2019

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: RMA Return

Is the claim subject to offset?
- [X] No
- [ ] Yes

$    2,500.00

---

Debtor   Otoharmonics Corporation
_____   Case number *(if known)* _____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.46**

**Nonpriority creditor's name and mailing address**

Houston ENT & Allergy

14140 Southwest Fwy Ste 200

Sugar Land, TX 77478-3842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Potential Refund Claims

**Date or dates debt was incurred** 1/17/2020

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,000.00

---

**3.47**

**Nonpriority creditor's name and mailing address**

ibox packaging

620 Audley Boulevard
Annacis Island, Delta BC V3M 5P2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Packaging

**Date or dates debt was incurred** 4/29/2019

**Last 4 digits of account number** 8 9 6 0

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,529.28

---

**3.48**

**Nonpriority creditor's name and mailing address**

Industrious POR

811 SW 6th Ave, Suite 1000
Portland, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Office Lease

**Date or dates debt was incurred** 04/20 - 5/20

**Last 4 digits of account number** 6 6 2 4

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,181.50

---

**3.49**

**Nonpriority creditor's name and mailing address**

Innovative Hearing Solutions

354 Old Hook Road Suite 204
Westwood, NJ 7675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Refund Claims

**Date or dates debt was incurred** 6/28/2018

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,000.00

---

**3.50**

**Nonpriority creditor's name and mailing address**

Intertek Testing Services NA, Inc.

22887 NE Townsend Way
Fairview, OR 97024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Testing Service

**Date or dates debt was incurred** 4/30/2019

**Last 4 digits of account number** 5 4 8 4

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6,000.00

---

American LegalNet, Inc.

Debtor  Otoharmonics Corporation
        Name

Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.51** Nonpriority creditor's name and mailing address

Jefferson Balance and Hearing Center

925 Chestnut St  6th Floor

Philadelphia, PA 19107

Date or dates debt was incurred     5/29/2018

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Potential Refund Claims

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,500.00

---

**3.52** Nonpriority creditor's name and mailing address

KBSGI LLC

421 SW 6th Ave

Portland, OR 97204

Date or dates debt was incurred     5/19 - 12/19

Last 4 digits of account number     1  0  2  0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Office Lease

Is the claim subject to offset?
☒ No
☐ Yes

$ 459,034.46

---

**3.53** Nonpriority creditor's name and mailing address

Kelly Imaging Services(TIAA Bank)

PO Box 911608

Denver, CO 80291-1608

Date or dates debt was incurred     2/2020 - 3/2020

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Printer Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 496.67

---

**3.54** Nonpriority creditor's name and mailing address

Kitsap Audiology

2601 Cherry Ave, Suite #211

Bremerton, WA 98310

Date or dates debt was incurred     5/29/2018

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential Refund Claims

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,500.00

---

**3.55** Nonpriority creditor's name and mailing address

Manhattan Audiology

121 E 84th St

New York, NY 10028

Date or dates debt was incurred     5/30/19, 8/20/2019

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: RMA Return

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,000.00

---

American LegalNet, Inc.

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Otoharmonics Corporation
_____    Case number (*if known*) _____
                Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.56**  **Nonpriority creditor's name and mailing address**

Maui Medical Group, Inc.

2180 Main St.

Wailuku, HI 96793

**Date or dates debt was incurred**    4/2/2018

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Potential Refund Claims

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,500.00

---

**3.57**  **Nonpriority creditor's name and mailing address**

McCoy Russell LLP

806 SW Broadway, Suite 600
Portland, OR 97205

**Date or dates debt was incurred**    6/2019 - 9/21/2019

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Legal Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$    21,273.83

---

**3.58**  **Nonpriority creditor's name and mailing address**

Michigan Ear Institute

30055 Northwestern Hwy #101
Farmington Hills, MI 48334

**Date or dates debt was incurred**    9/12/19

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** RMA Return

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,500.00

---

**3.59**  **Nonpriority creditor's name and mailing address**

Mobile VA

4444 Demetropolos Road
Mobile, AL 36619

**Date or dates debt was incurred**    3/27/2020

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Refund Claims

**Is the claim subject to offset?**
☒ No
☐ Yes

$    3,975.68

---

**3.60**  **Nonpriority creditor's name and mailing address**

Novunex

213 SW Columbia St. Ste 300
Bend, OR 97702

**Date or dates debt was incurred**    3/1/2020

**Last 4 digits of account number**    _ _ _ _

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** IT Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$    2,626.50

---

American LegalNet, Inc.

Debtor  Otoharmonics Corporation
        Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.61 Nonpriority creditor's name and mailing address**

NYC Hearing Associates

110 W 40th St #1403
New York, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** RMA Return

$ 2,500.00

Date or dates debt was incurred    8/1/2019
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.62 Nonpriority creditor's name and mailing address**

NYC Hearing Associates

110 W 40th St #1403
New York, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Refund Claims

$ 2,000.00

Date or dates debt was incurred    3/6/2020
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.63 Nonpriority creditor's name and mailing address**

Oliver Audiology & Hearing Aid Services

3636 Fourth Ave #220
San Diego, CA 92103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Refund Claims

$ 2,500.00

Date or dates debt was incurred    3/17/2020
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.64 Nonpriority creditor's name and mailing address**

Otolaryngology Head & Neck Surgery Assoc

144 Concord Rd
Knoxville, TN 37934

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Refund Claims

$ 5,000.00

Date or dates debt was incurred    7/17/19, 7/19/19
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65 Nonpriority creditor's name and mailing address**

Pensacola VA

790 Veterans Way
Pensacola, FL 32507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Refund Claims

$ 3,975.68

Date or dates debt was incurred    3/24/2020

**Is the claim subject to offset?**

---

American LegalNet, Inc.

**Last 4 digits of account number** __ __ __ __

☒ No

☐ Yes

American LegalNet, Inc.

| Debtor | Otoharmonics Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.66**

**Nonpriority creditor's name and mailing address**

Platte Valley Hearing Center, Inc.

409 E. Platte Ave

Fort Morgan, CO 80701

**Date or dates debt was incurred**    8/15/2018

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Potential Refund Claims

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$    2,500.00

---

**3.67**

**Nonpriority creditor's name and mailing address**

Quench Water

630 Allendale Road Suite 200

King of Prussia, PA 19406

**Date or dates debt was incurred**    11/19-4/20

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Water Services

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$    420.00

---

**3.68**

**Nonpriority creditor's name and mailing address**

Red Cedar ENT and Audiology, Memorial Medical Associates

818 W King Street Ste 301

Owosso, MI 48867

**Date or dates debt was incurred**    9/30/19, 11/15/19

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Potential Refund Claims

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$    5,000.00

---

**3.69**

**Nonpriority creditor's name and mailing address**

Roberts Hearing Clinic

4007 Parliament Dr

Alexandria, LA 71303

**Date or dates debt was incurred**    9/28/18

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Potential Refund Claims

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$    2,500.00

---

**3.70**

**Nonpriority creditor's name and mailing address**

Robinson & Cole

280 Trumbull Street

Hartford, CT 06103-3597

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** Legal Services

$    14,006.00

---

American LegalNet, Inc.

**Date or dates debt was incurred**          11/2018 -
                                              12/2019

**Last 4 digits of account number**          ___ ___ ___ ___

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor | Otoharmonics Corporation | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.71** Nonpriority creditor's name and mailing address

Salesforce.com

PO Box 203141

Dallas, TX 75320-3141

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Software Services

Date or dates debt was incurred    4/1/2020

Last 4 digits of account number    2 7 6 6

Is the claim subject to offset?
☒ No
☐ Yes

$    1,500.00

---

**3.72** Nonpriority creditor's name and mailing address

Silicon Valley Hearing Clinic

340 Dardanelli Lane Suite 22

Los Gatos, CA 95032

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential Refund Claims

Date or dates debt was incurred    9/23/2019

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$    2,500.00

---

**3.73** Nonpriority creditor's name and mailing address

SoundLogic/ENT Associates of East Texas

1136 E. Grande Blvd

Tyler, TX 75703

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: RMA Return

Date or dates debt was incurred    6/28/2019

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$    2,000

---

**3.74** Nonpriority creditor's name and mailing address

Specialty Physician Associates/ Allentown Ear, Nose and Throat Division

1728 W. Jonathan St., Ste. 100

Allentown, PA 18104

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Potential Refund Claims

Date or dates debt was incurred    12/5/2018

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$    2,500

---

**3.75** Nonpriority creditor's name and mailing address

Stanford Health Care

2452 Watson Ct N 1700

Palo Alto, CA 94303-3216

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Potential Refund Claims

Date or dates debt was incurred    10/17/2019

Is the claim subject to offset?

$    20,000.00

---

American LegalNet, Inc.

**Last 4 digits of account number** — — — —

☒ No
☐ Yes

| Debtor | Otoharmonics Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.76** Nonpriority creditor's name and mailing address

Starfish Product Engineering

455 Boleskine Road

Victoria, BC V8Z 1E7

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: Engineering Services

Date or dates debt was incurred  11/2018 - 7/2019

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 689,489.88

---

**3.77** Nonpriority creditor's name and mailing address

Steven Label Corporation

PO Box 4242
Santa Fe Springs, CA 90670

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Labels Purchased

Date or dates debt was incurred  2/13/2020

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 4,355.00

---

**3.78** Nonpriority creditor's name and mailing address

T.A.H.A.C LLC

1111 N 35th Ave, Ste 100
Yakima, WA 98902

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Potential Refund Claims

Date or dates debt was incurred  3/30/2018

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 2,500.00

---

**3.79** Nonpriority creditor's name and mailing address

The Center for Audiology

4544 Post Oak Place Drive #380
Houston, TX 77027

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Potential Refund Claims

Date or dates debt was incurred  3/30/2018

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 2,500.00

---

**3.80** Nonpriority creditor's name and mailing address

The Hearing Center

6140 Camino Verde Dr #I
San Jose, CA 95119

As of the petition filing date, the claim is:
Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: Potential Refund Claims

Date or dates debt was incurred  3/4/2020

Is the claim subject to offset?

$ 2,000.00

---

American LegalNet, Inc.

**Last 4 digits of account number**   —— —— —— ——

☒ No
☐ Yes

Debtor    **Otoharmonics Corporation**
Name                                                    Case number *(if known)*

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

---

**3.81**  **Nonpriority creditor's name and mailing address**

The University of North Carolina at Greensboro

300 Ferguson Bldg

Greensboro, NC 27402

**Date or dates debt was incurred**    3/14/2019

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $    2,500.00
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Potential Refund Claims

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.82**  **Nonpriority creditor's name and mailing address**

Tinnitus and Hearing Center of Arizona - Tempe

2034 E. Southern Ave Suite I
Tempe, AZ 85282

**Date or dates debt was incurred**    2/19/2020

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $    2,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** RMA Return

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83**  **Nonpriority creditor's name and mailing address**

University of Oklahoma Health Sciences Center

1200 N Stonewall Ave
Oklahoma City, OK 73117

**Date or dates debt was incurred**    12/2/2019

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $    2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** RMA Return

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.84**  **Nonpriority creditor's name and mailing address**

University of Utah

165 N. University Ave.
Farmington, UT 84025

**Date or dates debt was incurred**    3/26/2019

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $    2,500.00
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Potential Refund Claims

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.85**  **Nonpriority creditor's name and mailing address**

Verizon Wireless

PO Box 660108
Dallas, TX 75266-0108

**Date or dates debt was incurred**    3/3/20 - 5/2/20

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**    $    451.56
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Phone services

**Is the claim subject to offset?**
☒ No
☐ Yes

---

American LegalNet, Inc.

Debtor    Otoharmonics Corporation
Name

Case number (if known) _____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.86** Nonpriority creditor's name and mailing address

VTT

Kivimiehentie 4

02150 Espoo, Finland CF1011

Date or dates debt was incurred    8/2019
Last 4 digits of account number    4  2  8  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Regulatory Audit

Is the claim subject to offset?
☒ No
☐ Yes

$    16,503.31

---

**3.87** Nonpriority creditor's name and mailing address

Westone Laboratories

2235 Executive Circle
Colorado Springs, CO 80906

Date or dates debt was incurred    5/2019 - 4/2020
Last 4 digits of account number    3  8  1  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Inventory Purchases

Is the claim subject to offset?
☒ No
☐ Yes

$    47,587.00

---

**3.88** Nonpriority creditor's name and mailing address

White Box Design Inc.

103-4338 Main Street
Vancouver BC V5V 3P9 Canada

Date or dates debt was incurred    4/2019
Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Packaging

Is the claim subject to offset?
☒ No
☐ Yes

$    1,950.00

---

**3.89** Nonpriority creditor's name and mailing address

Wingsite Displays

1060 Silas Deane Highway
Wethersfield, CT 06109

Date or dates debt was incurred    5/2019 - 6/2019
Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Tradeshow Box and Shipping Costs

Is the claim subject to offset?
☒ No
☐ Yes

$    22,226.57

---

**3.90** Nonpriority creditor's name and mailing address

US Department of Veterans Affairs

PO Box 76
Hines, IL 60141

Date or dates debt was incurred    _____
Last 4 digits of account number    ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Industrial Fund Fee

Is the claim subject to offset?
☒ No
☐ Yes

$    183.07

---

American LegalNet, Inc.

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Otoharmonics Corporation
          _____        Case number (*if known*) _____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.91    **Nonpriority creditor's name and mailing address**

CSN Consulting Service

2409 Currie Road

Victoria, BC Canada V8S 3B5

**As of the petition filing date, the claim is:**    $    0.00
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** Consulting Services

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor    Otoharmonics Corporation
Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Windham Professionals<br>380 Main Street<br>Salem, NH 03079-2412 | Line 3.20<br>☐ Not listed. Explain _____ | 6 4 7 8 |
| 4.2. MCarthy, Burgess & Wolf<br>26000 Cannon Road<br>Cleveland, OH 44146 | Line 3.29<br>☐ Not listed. Explain _____ | 1 5 8 4 |
| 4.3. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____<br>☐ Not listed. Explain _____ | |
| 41. | Line ____<br>☐ Not listed. Explain _____ | |
| 4.5. | Line ____<br>☐ Not listed. Explain _____ | |
| 4.6 | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____<br>☐ Not listed. Explain _____ | |
| 4.8. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____<br>☐ Not listed. Explain _____ | |
| 4.10. | Line ____<br>☐ Not listed. Explain _____ | |
| 4.11. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor  Otoharmonics Corporation
        _____
               Name

Case number (*if known*) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $  3,600.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $  10,759,997.66 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c | $  10,763,597.66 |

**Fill in this information to identify the case:**

Debtor name  Otoharmonics Corporation Inc.

United States Bankruptcy Court for the: _____ District of ___DE___
(State)

Case number (If known): _____ Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease of Office Space<br>411 SW 6th Ave, Portland, OR97204 | KBSGI Inc.<br><br>421 SW 6th Avenue, LLC<br>Portland OR 97204 |
| | State the term remaining | thru 2/28/2023 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Lease of Office Space<br>Offices 70, 80 | Industrious POR<br>811 SW Sixth Ave, Ste 1000<br>Portland, OR 97204 |
| | State the term remaining | thru 7/2020 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Lease of Office Space<br>Office 83 | Industrious POR<br>811 SW Sixth Ave, Ste 1000<br>Portland, OR 97204 |
| | State the term remaining | thru 7/2020 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Lease for Printer/Copier<br>Equipment abandoned | Kelly Imaging Systems/TIAA<br>22710 72nd Ave S<br>Kent, WA 98032 |
| | State the term remaining | thru 10/2020 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

page 1 of 1

American LegalNet, Inc.
www.FormsWorkFlow.com

**Fill in this information to identify the case:**

Debtor name  Otoharmonics Corporation

United States Bankruptcy Court for the: _____ District of  DE
                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.  Does the debtor have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br><br> _____ <br><br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

NYC Hearing Associates
Attention: Shelly Borgia AuD
110 W 40th St #1403
New York, NY 10018


Manhattan Audiology
Attention: Joanna Roufos AuD
161 Madison Ave, Ste 11W
New York, NY 10016


Hearing Services of Santa Barbara
Attention: Danielle McCaffery
5333 Hollister Ave Ste 165
Santa Barbara, CA 93111-2461


House of Hearing
Attention: Brenda Devereaux AuD
325 W, 3rd Ave #101
Escondido, CA 92025


Michigan Ear Institute
Attention: Michael Robinette AuD
30055 Northwestern Hwy #101
Farmington Hills, MI 48334


Univ. of OK - Health Sciences Center
Attention: Suzanne Kimball AuD
1200 N Stonewall Ave
Oklahoma City, OK 73117


Audiology Associates of Greeley, Inc.
Attention: Robert Traynor, PhD
4675 West 20th Street Rd Suite A
Greeley, CO 80634


ELITE HEARING of Colorado Springs
Attention: Nichole Kovel, AuD
4195 Centennial Blvd
Colorado Springs, CO 80907


Cedar Audiology Associates, Inc.
Attention: Helene Levenfus, AuD

5010 Mayfield Rd. n116
Lyndhurst, OH 44124


Heroes of Hearing, LLC
Attention: Russell Broadhead HIS
3275 W. Ina Road Suite 117
Tucson, AZ 85741


SoundLogic/ENT Associates of East Texas
Attention: Jordan Traber AuD
1136 E. Grande Blvd
Tyler, TX 75703


Manhattan Audiology
Attention: Joanna Roufos AuD
121 E 84th St.
New York, NY 10028


Hearing Centers of PA, Inc.
dba Indiana Audiology
Attention: Sara Webber AuD
1011 Water St.
Indiana, PA 15701


Amplifon
Attention: Accounting
Fifth Street Towers, 150 S 5th St.
Unit 2300
Minneapolis, MN 55402


Jack Jordan Enterprises
Attention: Phillip Gandy HIS
6228 Camp Bowie Blvd
Fort Worth, TX 76116


Associates of Otolaryngology, P.C.
Attention: Meghan Safko MA
850 E Harvard Ave, Ste 525
Denver, CO 80210


Audiology Center, Inc.
Attention: Andrew Hague AuD

8102 W Grandridge Blvd, Suite A
Kennewick, WA 99336


Pensacola VA
Attention: Michelle  Smith AuD
790 Veterans Way
Pensacola, FL 32507


University of Cincinnati Medical Center
Attention: Stephanie Lockhart AuD
3113 Bellevue Avenue, Suite 4200
Cincinnati, OH 45219


The Hearing Center
Attention: Joe Ferrito AuD
6140 Camino Verde Dr #I
San Jose, CA 95119


NYC Hearing Associates
Attention: Seth Weible AuD
110 W 40th St #1403
New York, NY 10018


Auditory Processing Centers
Attention: Dr. Shahrzad Cohen AuD
5900 Sepulveda Blvd. Suite 335
Sherman Oaks, CA 91411


Central AR Veterans Health Care System
Attention: Terry McCoy AuD
4300 W 7th St Rm 2d114
Little Rock, AK 72205-5446


Advanced Hearing Providers
Attention: Megan Godbey AuD
18801 SW Martinazzi Ave Suite 200
Tualatin, OR 97062


Mobile VA
Attention: Constance Tomberlin AuD
4444 Demetropolos Road
Mobile, AL 36619

Hearing & Tinnitus Center
of Dallas-Fort Worth
Attention: Paula Land AuD
7410 N MacArthur Blvd, #101
Irving, TX 75063


Oliver Audiology & Hearing Aid Services
Attention: Linda Oliver AuD
3636 Fourth Ave #220
San Diego, CA 92103


Pensacola VA - Biloxi
Attention: Michelle  Smith AuD
790 Veterans Way
Pensacola, FL 32507


Dr. Shahrzad Cohen, AuD
Attention: Dr. Shahrzad Cohen, AuD
5900 Sepulveda Blvd. Suite 335
Sherman Oaks, CA 91411


Mobile VA - Mobile
Attention: Constance Tomberlin AuD
4444 Demetropolos Road
Mobile, AL 36619


Corpus Christi VA - Corpus Christi
Attention: Corpus Christi VAMC
2601 Veterans Drive
Harlingen, TX 78550


Oconee Audiology - Seneca
Attention: Barbara A. Greb
10239 Clemson Blvd. #170
Seneca, SC 29678


Florida ENT & Allergy - Brandon
Attention: Kelly Murphy AuD
1139 Nikki View Dr
Brandon, FL 33511

Atlanta VAMC - Decatur
Attention: Steven Benton
Audiology Clinic (126)
1670 Clairmont Road
Decatur, GA 30033


Harbor Audiology & Hearing Services
Attention: Laura Day-Moran AuD
4700 Point Fosdick Drive, Suite 212
Gig Harbor, WA 98335


AC Tinnitus, Hyperacusis Center, Inc
Attention: James Shafer AuD
1776 South Queen Street
York, PA 17403


Advanced Hearing Providers
Attention: Megan Godbey AuD
18801 SW Martinazzi Ave Suite 200
Tualatin, OR 97062


Associates of Otolaryngology, P.C.
Attention: Meghan Safko MA
850 E Harvard Ave, Ste 525
Denver, CO 80210


Auditory Processing Center
Attention: Dr. Shahrzad Cohen, AuD
5900 Sepulveda Blvd. Suite 335
Sherman Oaks, CA 91411


Becker ENT Center
Attention: Karen McQuaide AuD
1001 Sheppard Rd
Voorhees, New Jersey 8043


Boston Audiology Consultants
Attention: Brian Fligor PhD
266 Cabot Street
Beverly, MA 1915

Calvert Hearing Care
Attention: James Mainord AuD
2645 Arapaho Rd #121
Garland, TX 75044


Cedars- Sinai Medical Group
Attention: Yu-Tung Wong MD
8635 W 3rd St #590w
Los Angeles, CA 90048


Center for Better Hearing
Attention: Susan Boggia AuD
190 El Cerrito Plaza
El Cerrito, CA 94530


Center for Hearing
Attention: Timothy J. Roupas AuD
625 Tamiami Trail N #301
Naples, Florida 34102


Cortland Hearing Aids
Attention: Suzette Pace AuD
277 Tompkins St. #C
Cortland, NY 13045


Davis Audiology
Attention: Kristin  Davis AuD
308 NE Main Street
Simpsonville, SC 29681


Dr. Mary Blome, M.D.
Attention: Mary Blome MD - ENT
516 Knickerbocker Rd.
Cresskill, NJ 7626


ENT and Allergy Specialists
Attention: Talan  Marino AuD
826 Main St Suite 201
Phoenixville, PA 19460


Greylock Audiology Hearing Centers
Attention: Andrew Puttick AuD

510 North St Ste. 9
Pittsfield, MA 1201


Hearing & Tinnitus Center
Attention: Paula Land AuD
7410 N MacArthur Blvd, #101
Irving,, TX 75063


Hearing at Home
Attention: Jimmy Stewart HIS
203-B Weeping Willow Lane
Bridgewater, VA 22812


Hearing Health Center
Attention: Brooke Tudor AuD
1200 E Michigan Ave #330
Lansing, MI 48912


Helbig Audiology, LLC
Attention: Al Helbig AuD
633 E Sioux Avenue
Pierre, SD 57501


Houston ENT & Allergy
Attention: Alissa Vorous AuD
14140 Southwest Fwy Ste 200
Sugar Land, TX 77478-3842


Innovative Hearing Solutions
Attention: Donna Szabo AuD
354 Old Hook Road Suite 204
Westwood, NJ 7675


Jefferson Balance and Hearing Center
Attention: Julia Croce AuD
925 Chestnut St  6th Floor
Philadelphia, PA 19107


Kitsap Audiology
Attention: Amy Becken AuD
2601 Cherry Ave, Suite #211
Bremerton, WA 98310

Loyola University Health System
Attention: Adriana Russ AuD
CHE Trinity-LUHS  PO Box 7067
Troy, MI 48007


Maui Medical Group, Inc.
Attention: Larry Eng AuD
2180 Main St.
Wailuku, HI 96793


Mobile VA
Attention: Constance Tomberlin AuD
4444 Demetropolos Road
Mobile, AL 36619


NYC Hearing Associates
Attention: Seth Weible AuD
110 W 40th St #1403
NY, NY 10018


Oliver Audiology & Hearing Aid Services
Attention: Linda Oliver AuD
3636 Fourth Ave #220
San Diego, CA 92103


Otolaryngology Head & Neck Surgery Assoc
Attention: Andrea Leonard AuD
144 Concord Rd
Knoxville, TN 37934


Pensacola VA
Attention: Michelle  Smith AuD
790 Veterans Way
Pensacola, FL 32507


Platte Valley Hearing Center, Inc.
Attention: Alexandra Keenan AuD
409 E. Platte Ave
Fort Morgan, CO 80701

Red Cedar ENT and Audiology
Attention: Diane Zuckschwerdt MA
818 W King Street Ste 301
Owosso, MI 48867


Roberts Hearing Clinic
Attention: Terry roberts AuD
4007 Parliament Dr
Alexandria, LA 71303


Silicon Valley Hearing Clinic
Attention: Marni Novick AuD
340 Dardanelli Lane Suite 22
Los Gatos, CA 95032


Specialty Physician Associates
Attention: Linda Dallas
1728 W. Jonathan St., Ste. 100
Allentown, PA 18104


Stanford Health Care
Attention: Matthew  Fitgerald  PhD
2452 Watson Ct N 1700
Palo Alto, CA 94303-3216


T.A.H.A.C LLC
Attention: Rodney Thompson AuD
1111 N 35TH AVE, STE 100
YAKIMA, WA 98902


The Center for Audiology
Attention: Roseangela Moura AuD
4544 Post Oak Place Drive #380
Houston, TX 77027


The Hearing Center
Attention: Joe Ferrito AuD
6140 Camino Verde Dr. Ste. I
San Jose, CA 95119


The Tinnitus Clinic - UK
Attention: Mark Williams AuD

The Smiths Building
179 Great Portland St.
London, ENGLAND W1W 5PL


The Univ. of N. Carolina at Greensboro
Attention: Lisa Fox-Thomas PhD
300 Ferguson Bldg
Greensboro, NC 27402


University of Cincinnati Medical Center
Attention: Stephanie Lockhart AuD
3113 Bellevue Avenue, Suite 4200
Cincinnati, OH 45219


University of Utah
Attention: Niki L. Barwick AuD
165 N. University Ave.
Farmington, UT 84025


Allstream
PO Box 734521
Chicago, IL 60673-4521


Allstream
PO Box 2966
Milwaukee, WI 53201-2966


Apple
450 SW Yamhill Street
Portland, OR 97204

Apple Inc.
P.O. Box 846095
DALLAS, TX 75284-6095


CenturyLink
PO Box 91155
Seattle, WA 98111


Chubb
PO Box 382001
Pittsburgh, PA 15250-8001

```
Willis Towers Watson
Attention: Monica Ward
16220 N. Scottsdale Rd. Suite 600
Scottsdale, AZ 85254


Cardmember Service
PO Box 790408
St. Louis, MO 63179-0408


Columbia Bank
1000 SW Broadway, Suite 100
Portland, OR 97204


Comcast Corporation
PO Box 34744
Seattle, WA 98124-1744


Windham Professionals, Inc.
380 Main St.
Salem, NH 03079-2412


CSA Group Testing & Certification Inc.
178 Rexdale Blvd
Toronto, ON M9W 1R3
Canada


Davinci Digital
935 SE Hawthorne Blvd
Portland, OR 97214


Davis Wright Tremaine
1300 SW 5th Ave #2400
Portland, OR 97201


EAN Services, LLC
PO Box 840173
Kansas City, MO 64184-0176


Element Materials Technology
```

6775 NE Evergreen Pkwy, Suite 400
Hillsboro, OR 97124


McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146


ibox Packaging LTD.
620 Audley Blvd
Annacis Island, Delta, BC
V3M 5P2


Industrious POR
811 SW 6th Avenue, Suite 1000
Portland, OR 97204


Intertek Testing Services NA, Inc.
PO Box #405176
Atlanta, GA 30384-5176


KBSGI LLC
Bldg ID R41020
PO Box 82551
Goleta, CA 93118-2551


KBSGI LLC
421 SW 6th Avenue, LLC
Portland, OR 97204


TIAA Bank
Attention: Legal Department
10 Waterview Blvd
Parsippany, NJ 07054


Kelly Imaging Systems
22710 72nd Ave S
Kent, WA 98032


McCoy Russell LLP
806 SW Broadway, Suite 600
Portland, OR 97205

Novunex
Attention: Manfred Walder
213 SW Columbia St. Ste 300
Bend, OR 97702


Quench Water
630 Allendale Road Suite 200
King of Prussia, PA 19406


Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597


Salesforce.com
PO Box 203141
Dallas, TX 75320-3141


Starfish Product Engineering
Attention: John Walmsley
455 Boleskine Road
Victoria, BC V8Z 1E7


Steven Label Corporation
PO Box 4242
Santa Fe Springs, CA 90670


VTT
Kivimiehentie 4
02150 Espoo, Finland CF1011


Westone Laboratories
Attention: Jeff Ipson
2235 Executive Circle
Colorado Springs, CO 80906


White Box Design Inc.
Attention: Greg Corrigan
103-4338 Main Street
Vancouver BC V5V 3P9
Canada

Wingsite Displays
Attention: Jeff Adams
1060 Silas Deane Highway
Wethersfield, CT 06109


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Future Work Design
8115 SW 4th Ave
Portland, OR 97219


Oregon Department of Revenue
PO Box 14950
Salem, OR 97309-0950


City of Portland Revenue Bureau
111 SW Columbia St., Ste 600
Portland, OR 97201-5840


US Department of Veterans Affairs
National Office of Acquisition
PO Box 76
Hines, IL 60141


National Office of Acquisition
Attention: Christopher Stansbury
PO Box 76
Hines, IL 60141


Cedar Audiology
Attention: Helene Levenfus
5010 Mayfield Rd. Suite 116
Lyndhurst, OH 44124


Tinnitus and Hearing Center of AZ
Attention: Allan Rohe
2034 E. Southern Ave Suite I,
Tempe, AZ 85282

Heartland Hearing Professionals
Attention: Kelcey Cushman
3139 Bluestem Dr., Ste 108
West Fargo, ND 58078


CSN Consulting Services
2409 Currie Road
Victoria, BC Canada
V8S 3B5


Division of Corporations
PO Box 898
Dover, DE 19903


Oregon Secretary of State
900 Court Street NE
Capitol Room 136
Salem, OR 97310-0722


Internal Revenue Service
844 N King St.
Wilmington, DE 19801

**Fill in this information to identify the case and this filing:**

Debtor Name  Otoharmonics Corporation

United States Bankruptcy Court for the: _____ District of  Delaware
                                                           (State)

Case number *(If known):*  _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## ▮ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration     Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/15/20            ✗ /s/ Peter S. Park
             MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                Peter S. Park
                                Printed name

                                Interim CEO and President
                                Position or relationship to debtor

---


American LegalNet, Inc.
www.FormsWorkFlow.com