# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| OTOHARMONICS CORPORATION, | ) | Case No. 20-11117 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | **Hearing Date: July 15, 2020 at 10:00 a.m. (ET)** |
| | ) | **Objections Due: July 8, 2020 at 4:00 p.m. (ET)** |

## MOTION OF DON A. BESKRONE, CHAPTER 7 TRUSTEE, TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS, AND UNEXPIRED LEASES OF RESIDENTIAL REAL PROPERTY AND PERSONAL PROPERTY PURSUANT TO SECTION 365(d)(1) OF THE BANKRUPTCY CODE

Don A. Beskrone, the Chapter 7 trustee (the "Trustee") for the estate of Otoharmonics Corporation (the "Debtor"), by and through his undersigned proposed counsel, hereby moves the Court (the "Motion"), pursuant to section 365(d)(1) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), to extend the time to assume or reject executory contracts and unexpired leases of residential real property, if any, and personal property. In support therefore, the Trustee respectfully represents as follows:

### JURISDICTION

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). The statutory predicates for the relief requested herein are sections 105(a) and 365(d)(1) of the Bankruptcy Code and Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure.

2. Pursuant to Local Bankruptcy Rule 9013-1, the Trustee consents to the entry of final orders or judgments by the Court if it is determined that the Court, absent consent of the

Parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

## BACKGROUND

3. On May 15, 2020 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code commencing this chapter 7 case (the "Case"). On the Petition Date, the Debtor filed its schedules of assets and liabilities and statement of financial affairs [D.I. 3].

4. Prior to the Petition Date (as defined below), the Trustee understands Otoharmonics Corporation (the "Debtor"), was a privately held company with headquarters in Portland, Oregon. The Debtor along with an international team of world–class neuroscientists, clinicians, business professionals and patients, developed the patented Levo System for the management of tinnitus symptoms.

5. After the Petition Date, the United States Trustee for the District of Delaware appointed Don A. Beskrone to serve as the interim Chapter 7 Trustee in this Case.

6. On June 9, 2020, a meeting of creditors under and pursuant to 11 U.S.C. § 341(a) was held and concluded [D.I. 13]. No election took place and Don A. Beskrone serves as the Chapter 7 Trustee of the Debtor and its estate pursuant to 11 U.S.C. § 702(d).

7. The Trustee is in the process of investigating the Debtor's assets with the intent of maximizing value for the benefit of creditors.

8. The Trustee has not filed a motion to operate the business of the Debtor pursuant to 11 U.S.C. § 721, and the Trustee understands the Debtor currently has no business operations.

## RELIEF REQUESTED AND BASIS THEREFOR

9. By this Motion, the Trustee seeks entry of an order extending the 60-day period in which the Trustee may assume or reject executory contracts and unexpired leases of residential real property and personal property for an additional 120 days, through and including November 11, 2020, with the right to seek additional extensions as necessary and appropriate.

10. Section 365(d)(1) of the Bankruptcy Code provides:

> In a case under chapter 7 of this title, if the trustee does not assume or reject an executory contract or unexpired lease of residential real property or of personal property of the debtor within 60 days after the order for relief, or within such additional time as the court, for cause, within such 60-day period, fixes, then such contract or lease is deemed rejected.

11 U.S.C. § 365(d)(1); *see also In re Benson*, 76 B.R. 381, 382 (Bankr. D. Del. 1987) (holding that a contract not assumed or rejected, or extension of time requested, within 60 days of the petition date is deemed rejected).

11. "Cause" is not defined in the Bankruptcy Code, and the determination of whether to grant an extension under section 365 is within the sound discretion of the Court. *See In re Service Merchandise Co., Inc.*, 256 B.R. 744, 748 (Bankr. M.D. Tenn. 2000).

12. The Trustee has 60 days from the Petition Date within which to assume or reject executory contracts and unexpired leases of residential real property and personal property. The Trustee has calculated this date to be July 14, 2020.

13. Pursuant to his initial investigation of the Debtor's affairs, the Trustee has learned of a number executory contracts[1] and unexpired agreements related to, among other things, potentially valuable patent and license rights held by the Debtor in connection with its business.

---

[1] Nothing herein shall constitute an admission by the Trustee whether a contract, lease or agreement is executory or unexpired.

The Trustee is in the process of investigating the Debtor's assets with the intent of maximizing the assets for the benefit of creditors. Given this continuing investigation, the Trustee seeks to extend the deadline to assume or reject executory contracts and unexpired leases of residential real property and personal property under section 365(d)(1) to preserve the value of the Debtor's estate while he explores to how to best maximize the value of the Debtor's assets for the benefit of the Debtor's estate and its creditors.

## NOTICE

14. The Trustee has provided notice of this Application via electronic mail (where possible) and first-class mail to: (a) the Debtor; (b) the Office of the United States Trustee; (c) counsel to the Debtor; (d) any persons who have filed a request for notice in this Chapter 7 Case pursuant to Bankruptcy Rule 2002; and (e) parties listed on the Debtor's schedule G.. In light of the nature of the relief requested, the Trustee respectfully submit that no further notice is necessary.

## NO PRIOR REQUEST

15. No prior request for the relief requested herein has been made to this or any other court.

\*   \*   \*

WHEREFORE, the Trustee respectfully requests entry of an order, substantially in the form attached hereto, granting the Trustee a 120-day extension of time to assume or reject all executory contracts and unexpired leases of residential real property and personal property under section 365(d)(1) through and including November 11, 2020, and granting the Trustee such other or further relief as the Court deems just and proper.

|  |  |
|---|---|
| Dated: July 1, 2020 | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Benjamin W. Keenan*<br>Ricardo Palacio (#3765)<br>Benjamin W. Keenan (#4724)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>(302) 654-1888<br>rpalacio@ashbygeddes.com<br>bkeenan@ashbygeddes.com<br><br>*Proposed Counsel for Don A. Beskrone, Chapter 7 Trustee* |

{01580847;v1 }                                   5