## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| OTOHARMONICS CORPORATION, | ) | Case No. 20-11117 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | **Related D.I. 19, 24** |
| | ) | |

### ORDER EXTENDING THE TIME FOR DON A. BESKRONE, CHAPTER 7 TRUSTEE, TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF RESIDENTIAL REAL PROPERTY AND PERSONAL PROPERTY PURSUANT TO SECTION 365(d)(1) OF THE BANKRUPTCY CODE

Upon consideration of the Motion (the "Motion")[1] of Don A. Beskrone, Chapter 7 Trustee (the "Trustee") of the estate of Otoharmonics Corporation (the "Debtor"), to Extend Time to Assume or Reject Executory Contracts and Unexpired Leases of Residential Real Property and Personal Property Pursuant to Section 365(d)(1) of the Bankruptcy Code (the "Motion"); and due and adequate notice of the Motion having been given; and it appearing that no further or other notice is required; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Motion is hereby **GRANTED**.

2. The deadline for the Trustee to assume or reject executory contracts and unexpired leases of residential real property and personal property pursuant to section 365(d)(1) of the Bankruptcy Code is hereby extended for 120 days, through and including November 11, 2020.

3. Entry of this Order shall be without prejudice to the rights of the Trustee to request further extensions of time under section 365 of the Bankruptcy Code.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{01580847;v1 }

4. Entry of this Order shall be without prejudice to the rights of any party to argue and/or assert defenses related to the assumption or rejection of executory contracts and unexpired leases of residential real property and personal property, including, but not limited to, that there is no extant executory contract or lease, that any contract or lease is not executory in nature and that the Debtor is not a party to any such contract or lease.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

**Dated: July 10th, 2020**
**Wilmington, Delaware**

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE