# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| OTOHARMONICS CORPORATION, | ) | Case No. 20-11117 (JTD) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## STATUS REPORT

Don A. Beskrone, Chapter 7 Trustee (the "Trustee") of the above-captioned debtor (the "Debtor") and it estate, by and through his undersigned counsel, hereby files this *Status Report*.

**Background**

1. On May 15, 2020 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. After the Petition Date, Don A. Beskrone was appointed to serve as the interim Chapter 7 trustee in the Debtor's case (the "Case").

3. A meeting of creditors pursuant to 11 U.S.C. § 341(a) was held and concluded on June 9, 2020 [D.I. 13]. No election took place and Don A. Beskrone serves as the Chapter 7 Trustee of the Debtor and its estate pursuant to 11 U.S.C. § 702(d).

4. Since his appointment, the Trustee has taken actions to conserve and maximize the value of the Debtor's assets.

5. The Trustee's actions include entry into a sale, settlement and sharing agreement (the "Sale, Settlement and Sharing Agreement") with the Debtor's pre-petition

{01777724;v1 }

secured lender, Cedars-Sinai Medical Center ("Cedars-Sinai"), which was approved by Court order entered December 3, 2020 [D.I. 37].

6. Pursuant to the Sale, Settlement and Sharing Agreement, the Trustee sold, *inter alia,* certain of the Debtor's IP assets and related physical property to Cedars-Sinai. In return, the Debtor's estate received, *inter alia*, consideration of $210,000, consisting of a $170,000 credit bid, $30,000 in unencumbered cash and a $10,000 carve-out for professional fees. Additionally, Cedars-Sinai agreed to waive 50% of the amount of its secured claim remaining after its credit bid, with a remaining allowed secured claim in the amount of $315,662.32, and agreed to a 35% reduction of its unsecured claim, with a remaining allowed unsecured claim in the amount of $5,974,761.53. Cedars-Sinai also agreed to the Trustee's use of Cedar-Sinai's cash collateral, including, *inter alia*, a 20% carve out, net of Trustee commissions and professional fees, with respect to proceeds raised by the Trustee from sale and/or liquidation of the Debtor's assets not included in the sale to Cedars-Sinai, with the carve out amounts representing unencumbered funds for the benefit of the Debtor's estate.

7. The Trustee's actions to maximize value of the Debtor's estate also include entry into a sale agreement (the "StarFish Sale") with StarFish Product Engineering Inc. ("StarFish"), a former vendor of the Debtor, whereby StarFish purchased the Debtor's rights in a prepetition supply contract between the Debtor and the United States Department of Veterans Affairs. The Court approved the StarFish Sale by order entered on July 13, 2021 [D.I. 42]. Pursuant to the StarFish Sale, the Debtor's estate received consideration including, *inter alia*, $7,500 and a waiver and release of a general unsecured claim held by StarFish in the amount of $534,483.62.

**Status Report**

8.      The administration of the Debtor's Case in ongoing.  The Trustee is currently reviewing potential claims held by the Debtor's estate, including potential claims against former officers of the Debtor (collectively, the "Claims").  The Trustee anticipates commencing actions on behalf of the Debtor's estate with respect to the Claims within the next several months.  When his pursuit of the Claims is complete, the Trustee will review proofs of claim filed against the Debtor if it appears a purpose would be served.

9.      The Trustee respectfully requests that the Court allow the Case to remain open while the Trustee pursues the Claims and takes other steps as may be required to administer the Debtor's estate.  If the Court has any questions concerning this Status Report, the undersigned is available at the convenience of the Court.

| | |
|---|---|
| Dated: March 4, 2022 | **ASHBY & GEDDES, P.A.** |
| | */s/ Benjamin W. Keenan* |
| | Ricardo Palacio (#3765) |
| | Benjamin W. Keenan (#4724) |
| | 500 Delaware Avenue, 8th Floor |
| | Wilmington, Delaware 19899 |
| | (302) 654-1888 |
| | Email: bkeenan@ashbygeddes.com |
| | *Counsel for Don A. Beskrone, Chapter 7 Trustee* |